## IN THE SUPERIOR COURT OF GWINNETT COUNTY

PLAINTIFF Kellie Lynn Menefee
VS 4787 Cedarwood Dr. Lilburn GA 30047

CASE NUMBER:

DEFENDANT WalMart Inc.
4004 Lawerenceville GA 30047

TITLE OF DOCUMENT Petition

### WHAT YOU WANT THE COURT/JUDGE TO KNOW

Jury Trail Request
I Kellie L. Menefee are in Suing WalMart in the Amount of $300,000.00 USD.

SIGN Kellie Lynn Menefee
PRINT Kellie Lynn Menefee
ADDRESS 4787 Cedarwood Dr. Lilburn GA 30047
PHONE NUMBER 404-457-1057
EMAIL Kelliemenefee17@aol.com

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

PLAINTIFF Kellie Lynn Menefee
VS 4787 Cedarwood Dr. Lilburn GA 30047
CASE NUMBER:
DEFENDANT WalMart, Inc.
4004 Lawerenceville GA 30047

2: A00091-11

TIANA P. GARNER, CLERK
2022 JAN -5  AM 11:43
FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

~~TITLE OF DOCUMENT~~ Petition

### WHAT YOU WANT THE COURT/JUDGE TO KNOW

Jury Jrail Request
I Kellie L Menefee am being
Suing WalMart in the Amount of
$300,000.00 USD.

SIGN Kellie Lynn Menefee
PRINT Kellie Lynn Menefee
ADDRESS 4787 CedarWood Dr. Lilburn, GA 30047
PHONE NUMBER 404-457-1057
EMAIL Kelliemenefee17@aol.com

Julia Barbani
Ashley Crawley ▲ +
Rachel Deloach
Kristina Ducos
Cierra Geter
Ian Grady
Joseph Fleishman
Scott Harrison ■ *
Twila Harris
Kenneth Letsch ♦
Scott Monge
Amir Nowroozzadeh ▲
Joseph Perrotta
Jameson Sackey ▲
Katherine Jackson



# MONGE & ASSOCIATES

Personal Injury & Wrongful Death Lawyers
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(800) 899-5750 telephone
(678) 579-0204 facsimile
www.BecauseYouWantToWin.com
**(Send all communications to the above address)**

1612 Marion Street
Suite 328A
Columbia, SC 29201

3800 St. Elmo Ave.,
Ste 219
Chattanooga, TN 37409

2701 W. Busch Blvd.
Ste. 218
Tampa FL, 33618

60 Commerce Street,
Suite 350
Montgomery, AL 36104

■ Also Admitted in AL
♦ Also Admitted in FL
▲ Also Admitted in SC
+ Also Admitted in NC
* Also Admitted in TN

August 25, 2021

Ms. Kellie Menefee



Dear Ms. Menefee,

After review of your file, I regret to say that we will not be able to provide legal representation related to your personal injury case because the insurance company denied your claim and we are not able to file a law suit.  See enclosed a copy of your file.

Accordingly, neither myself nor my staff will be taking any further action on this matter. This decision is based on our opinion that the risk in pursuing this matter further outweighs any potential benefit to be gained.  Please note that the statute of limitations for bringing a personal injury case is two years from when your cause of action accrued, but there are a few limited exceptions, such as a six-month notice requirement for municipalities, other notice requirements for counties, the state and federal government, time deadlines in insurance policies, and shorter time limits in other jurisdictions.  If your claim is not filed within the proper time period, it is forfeited.  If you have any questions, I would recommend that you consult an attorney as soon as possible.

While we are no longer representing you in this particular case, we wish you the best in the times ahead.  Please feel free to contact us in the future should you need our services in connection with representation in any new or different matters.

With kindest regards, I remain,

Very truly yours,

Jazzell Carter

Jazzell Carter
Attorney at Law

JC / RM

# Walmart          Claims Services

February 16, 2021

|Julia Barbani
Monge & Associates
8205 Dunwoody Place Bldg. 19
Atlanta, GA  30350|

RE:              Kellie Menefee
File Number:            9277328
Date of Loss:   07/31/2020
Facility #:       1373
Entity Name:   Walmart Inc.

Dear Ms. Barbani:

As you know, Walmart Claims Services (WCS) administers liability claims on the behalf of the Walmart family of brands and their insurers. I want to thank you for the courtesy that you extended to me as I investigated and evaluated the claim arising from your client's injury.

In assessing your client's claim, WCS has carefully reviewed the facts relating to the incident and the information you have provided to WCS. WCS's investigation and evaluation of this claim indicate that the storekeeper was not at fault for your client's injury.  Therefore, we must respectfully deny your client's claim for liability payment.

If you have any additional information or other facts that you feel may change our decision, please provide such facts to us for review.  WCS reserves the right to continue its investigation and to consider any and all facts revealed in that investigation.

Should your client pursue litigation, WCS hereby formally requests that a courtesy copy of the file stamped complaint be sent to our attention within ten days of filing.

If you have any questions concerning my decision, please contact me at your convenience.

Sincerely,

*Mindy Walker*

**Mindy Walker-Lampkin** - *Case Manager I*
Phone: 800-527-0566+57780
Fax: 877-219-0742
Email: Mindy.Walker@walmart.com

---

**Walmart Claims Services, Inc.**
P. O. Box 14731 – Lexington, KY – 40512-4731

## KAISER PERMANENTE

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:          Sex: F
Visit date: 1/6/2021

### Diagnosis

| | Comments |
|---|---|
| **NAUSEA** [512469] | |
| **DIARRHEA** [514742] | |

### All Orders and Results

No orders and results found

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

Ondansetron (ZOFRAN ODT) 4 mg Oral Rap Dis Tab (Taking)
K-TAB 10 mEq Oral SR Tab (Taking)

### Most Recent Medication Comments

Vit E 10/09/15 SP

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Ondansetron (ZOFRAN ODT) 4 mg Oral Rap Dis Tab**<br>Sig: Take one tab by mouth every 6 hours as needed nausea<br>Class, Fill Later | 15 tablet | 0/0 | 1/6/2021 | 7/5/2021 |
| **K-TAB 10 mEq Oral SR Tab**<br>Sig: Take 2 tablets by mouth daily while you have diarrhea | 10 tablet | 0/0 | 1/6/2021 | 1/6/2022 |

### Social Documentation as of 1/6/2021

No social documentation on file.

### Letters

Letter on 1/6/2021 by PATEL MD, SHRINESH V [T648644]  Status: Sent

## VERIFICATION OF TREATMENT

Kellie L Menefee was evaluated today; she has symptoms of covid 19 and a positive covid 19 test for which I recommend self quarantine form 12/27/20 to 1/14/21;

She may return to work on 1/15/21.

Electronically reviewed and Authenticated by Shrinesh V Patel, MD
1/6/2021 3:32 PM

## Patient Instructions

### No instructions given.

Encounter-Level Documents:

There are no encounter-level documents.

Order-Level Documents:

There are no order-level documents.

All Flowsheet Data (all recorded)

Kaiser Permanente

**KAISER PERMANENTE**    GWINNETT MEDICAL    Menefee, Kellie L
                        OFFICE CENTER       MRN: 0947578, DOB:  Sex: F
                        3650 STEVE REYNOLDS  Visit date: 1/6/2021
                        BLVD.
                        DULUTH GA 30096-4506
                        GA HIM ROI ALMR

All Flowsheet Data (all recorded) (continued)

No documentation.

## END OF ENCOUNTER

**KAISER PERMANENTE**    GWINNETT MEDICAL    Menefee, Kellie L
OFFICE CENTER    MRN: 0947578, DOB: ███ Sex: F
3650 STEVE REYNOLDS    Visit date: 1/14/2021
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ███████  Sex: F
Visit date: 1/14/2021

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ▓▓▓▓ Sex: F
Visit date: 1/14/2021

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the actual collection date/time for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**  GWINNETT MEDICAL OFFICE CENTER 3650 STEVE REYNOLDS BLVD. DULUTH GA 30096-4506 GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ▮▮▮▮  Sex: F
Visit date: 1/14/2021

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

---

| **Telephone Appointment Visit** 1/14/2021 | | | **Kellie L Menefee** MRN: **0947578** | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 1/14/2021  4:00 PM | Md David B Greenstein, M.D. | Gwinnett Gastroenterology | 404-365-0966 | 134632442 |

**Reason for Call/Visit**

DIARRHEA

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/14/2021  4:00 PM | Md David B Greenstein, M.D. | Gw Gastroenterology | 134632442 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021  4:05 PM                     Version 1 of 1

| Author: Md David B Greenstein, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 1/14/2021  8:12 PM | Encounter Date: 1/14/2021 | Status: Signed |
| Editor: Md David B Greenstein, M.D. (Physician) | | |

## TELEPHONE APPOINTMENT VISIT (TAV) -- 4:05 PM

Kellie L Menefee is a 55 year old female

Reason for TAV:  DIARRHEA

**Health Maintenance Due**

| Topic | Date Due |
|---|---|

## KAISER PERMANENTE

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/14/2021

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021 4:05 PM (continued)                    Version 1 of 1

• IMM INFLUENZA (6 MO AND OLDER) (1)          09/01/2020

**PHONE VISIT DOCUMENTATION:**
Patient is 55 year old female who reports starting 2 weeks ago episodes diarrhea No blood in stool, no nausea and vomiting, symptoms have been improving

January 4 diagnosed with covid

Allergies:Animal dander, Pollen, Lunesta [eszopiclone], Tramadol hcl, Amoxicillin, Hydrocodone-acetaminophen, and Oxycodone.

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Zolpidem (AMBIEN) 10 mg Oral Tab | Take one-half to 1 tablet by mouth at bedtime as needed for sleep. | 30 tablet | 1 |
| • Ondansetron (ZOFRAN ODT) 4 mg Oral Rap Dis Tab | Take one tab by mouth every 6 hours as needed nausea | 15 tablet | 0 |
| • K-TAB 10 mEq Oral SR Tab | Take 2 tablets by mouth daily while you have diarrhea | 10 tablet | 0 |
| • ALPRAZolam (XANAX) 1 mg Oral Tab | Take 1 tablet by mouth 2 to 3 times a day as needed for anxiety. Please fill 11/23. | 90 tablet | 1 |
| • oxyCODONE-Acetaminophen (PERCOCET/ENDOCET) 5-325 mg Oral Tab | TAKE 1 TAB PO Q6H PRN FOR PAIN | 20 | 0 |
| • Escitalopram (LEXAPRO) 20 mg Oral Tab | Take 1 tablet by mouth daily | 90 tablet | 1 |
| • predniSONE (DELTASONE) 10 mg Oral Tab | TAKE 1 TAB PO BID FOR 5 DAYS | 10 | 0 |
| • Ibuprofen (MOTRIN) 800 mg Oral Tab | Take 1 tablet by mouth 3 times a day as needed for pain and inflammation | 30 | 0 |
| • Lidocaine (LMX 5) 5 % Top Crea | APPLY TO AFFECTED AREA(S) 2 TO 4 TIMES A DAY AS DIRECTED | 15 | 0 |

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ███  Sex: F
Visit date: 1/14/2021

---

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021  4:05 PM (continued)

Version 1 of 1

| Medication | Instructions | | |
|---|---|---|---|
| • Hydrocortisone 2.5 % Top Crea | Apply to affected area(s) of skin 2 to 3 times a day using rectal tip applicator or finger cot | 28.35 | 30 |
| • Hydrocortisone Acetate (ANUSOL-HC/ANUCORT-HC) 25 mg Rect Supp | Unwrap and insert 1 suppository rectally 2 times a day for hemorrhoids | 12 | 0 |
| • levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab | Take 1 tablet by mouth daily | 84 | 0 |
| • EPINEPHrine (ADRENACLICK/EPIPEN) 0.3 mg/0.3 mL Inj AutoInjector | INJECT CONTENTS OF 1 PEN INTRAMUSCULARLY INTO UPPER THIGH AS NEEDED FOR SEVERE ALLERGIC REACTION. REPEAT DOSE IF NEEDED | 4 | 3 |
| • Diclofenac Sodium (VOLTAREN) 1 % Top Gel | APPLY 2 TO 4 GRAMS TO AFFECTED AREA(S) UP TO 4 TIMES A DAY PRN. DO NOT EXCEED 32 GRAMS PER DAY | 100 | 1 |
| • levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab | Take 1 tablet by mouth daily | 84 | 4 |

No current facility-administered medications on file prior to visit.

Patient Active Problem List
Diagnosis
• PERSISTENT DEPRESSIVE DISORDER
• ARTHROFIBROSIS OF LEFT FINGER
• ORAL CONTRACEPTIVE PILL SURVEILLANCE

Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANXIETY | 1993 |

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/14/2021

---

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021 4:05 PM (continued)    Version 1 of 1

- DEPRESSION, UNSPECIFIED                                    1993
- SINUSITIS                                                  1997

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | 1983, 1992 |
| • COLONOSCOPY W REMOVAL OF LESION USING SNARE | | 5/23/2014 |
| • PAST SURGICAL HISTORY, OTHER | | 2006 |

*sinus surgery*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Drug Abuse | Father | |
| • Healthy | Mother | |

Social History

Socioeconomic History
- Marital status:              Unknown
  - Spouse name:              Not on file
- Number of children:          2
- Years of education:          Not on file
- Highest education level:     Not on file

Occupational History
- Occupation:                  insurance

Social Needs
- Financial resource strain:   Not on file
- Food insecurity
  - Worry:                     Not on file
  - Inability:                 Not on file
- Transportation needs
  - Medical:                   Not on file
  - Non-medical:               Not on file

Tobacco Use
- Smoking status:              Former Smoker
  - Packs/day:                 0.15
  - Years:                     30.00
  - Pack years:                4.50
  - Quit date:                 6/1/2014
  - Years since quitting:      6.6
- Smokeless tobacco:           Never Used
- Tobacco comment: 2 cigarettes per day

Substance and Sexual Activity
- Alcohol use:                 Yes

## KAISER PERMANENTE

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ████████  Sex: F
Visit date: 1/14/2021

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021  4:05 PM (continued)          Version 1 of 1

|  |  |
|---|---|
| Alcohol/week: | 0.0 oz |
| *Comment: a few glasses a week of red wine* | |
| • Drug use: | No |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Pill |

Lifestyle
| | |
|---|---|
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |

Relationships
| | |
|---|---|
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| • Intimate partner violence | |
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

Other Topics          Concern
| | |
|---|---|
| • Military Service | No |
| • Blood Transfusions | No |
| • Caffeine Concern | No |
| • Occupational Exposure | No |
| • Hobby Hazards | No |
| • Sleep Concern | No |
| • Stress Concern | No |
| • Weight Concern | No |
| • Special Diet | No |
| • Back Care | No |
| • Exercise | Yes |
| • Bike Helmet | No |
| • Seat Belt | Yes |
| • Self-Exams | Yes |
| • Bathing/Showering | Yes |
| • Dressing/Personal Grooming | Yes |
| • Eating | Yes |
| • Getting in/out of Bed/Chair | Yes |

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ███ Sex: F
Visit date: 1/14/2021

---

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021 4:05 PM (continued)  Version 1 of 1

- Managing Money   Yes
- Performing Housework Yes
- Preparing Meals   Yes
- Shopping for    Yes
 Groceries/Personal Items
- Using Telephone   Yes
- Using Toilet     Yes
- -        Yes

Social History Narrative
- Not on file


ROS: Unremarkable

PE:
Wt Readings from Last 3 Encounters:
08/24/20  187 lb 4.8 oz (85 kg)
08/03/20  197 lb (89.4 kg)
07/31/20  200 lb (90.7 kg)


Lab Results

| Component | Value | Date |
|---|---|---|
| BUN | 8 (L) | 08/06/2019 |
| CL | 106 | 08/06/2019 |
| CO2 | 26 | 08/06/2019 |
| CR | 0.8 | 08/06/2019 |
| RBS | 88 | 08/06/2019 |
| K | 3.4 (L) | 08/06/2019 |
| NA | 140 | 08/06/2019 |
| CA | 8.6 | 08/06/2019 |
| GFRAFRAM | NOT CALCULATED | 10/27/2010 |
| GFRNONAFRAM | NOT CALCULATED | 10/27/2010 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 21.0 | 08/06/2019 |
| AST | 25 | 08/06/2019 |
| ALKP | 81 | 08/06/2019 |
| TBILI | 0.4 | 08/06/2019 |

Lab Results

Kaiser Permanente

## KAISER PERMANENTE

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/14/2021

---

All ACC Notes (continued)

Progress Notes by Md David B Greenstein, M.D. at 1/14/2021  4:05 PM (continued)               Version 1 of 1

| Component | Value | Date |
|---|---|---|
| WBC | 6.6 | 08/06/2019 |
| HGB | 13.6 | 08/06/2019 |
| HCT | 41.2 | 08/06/2019 |
| PLT | 284 | 08/06/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 2.54 | 07/06/2019 |

**1. DIARRHEA**
May well be secondary to covid
Symptomatic treatment imodium PRN
Follow up if worsens or does not resolve completely in next 2 - 4 weeks

Time spent with patient or guardian over the phone was 14 minutes.

Electronically signed by:
David B Greenstein, MD
1/14/2021
4:05 PM

---

**Encounter Messages**

No messages in this encounter

**Questionnaires**

No completed forms available for this encounter.

**Diagnosis**

|  | Comments |
|---|---|
| **DIARRHEA**  [514742] | |

**All Orders and Results**

No orders and results found

Audit Trail for Eye Care Forms

**Most Recent Medication Comments**

Vit E 10/09/15 SP

**Social Documentation as of 1/14/2021**

No social documentation on file.

## Patient Instructions

**KAISER PERMANENTE**   GWINNETT MEDICAL         Menefee, Kellie L
                        OFFICE CENTER            MRN: 0947578, DOB:  Sex: F
                        3650 STEVE REYNOLDS      Visit date: 1/14/2021
                        BLVD.
                        DULUTH GA 30096-4506
                        GA HIM ROI ALMR

## No instructions given.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**All Flowsheet Data (all recorded)**

No documentation.

## END OF ENCOUNTER

**KAISER PERMANENTE**
CRESCENT CENTRE
MEDICAL CENTER
200 CRESCENT CENTRE
PARKWAY
TUCKER GA 30084-7047
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 2/10/2021

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**    CRESCENT CENTRE         Menefee, Kellie L
                         MEDICAL CENTER          MRN: 0947578, DOB: Sex: F
                         200 CRESCENT CENTRE     Visit date: 2/10/2021
                         PARKWAY
                         TUCKER GA 30084-7047
                         GA HIM ROI ALMR

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**

CRESCENT CENTRE
MEDICAL CENTER
200 CRESCENT CENTRE
PARKWAY
TUCKER GA 30084-7047
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 2/10/2021

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the <u>actual collection date/time</u> for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**   CRESCENT CENTRE          Menefee, Kellie L
                        MEDICAL CENTER           MRN: 0947578, DOB:         Sex: F
                        200 CRESCENT CENTRE      Visit date: 2/10/2021
                        PARKWAY
                        TUCKER GA 30084-7047
                        GA HIM ROI ALMR

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

| Telephone Appointment Visit 2/10/2021 | | Kellie L Menefee MRN: 0947578 | | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept Phone | Encounter # |
|---|---|---|---|---|
| 2/10/2021  4:20 PM | Md Mark T Bates, M.D. | Crescent Centre Internal Medicine | 404-365-0966 | 135744819 |

**Reason for Call/Visit**

CONCENTRATION IMPAIRMENT

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/10/2021 4:20 PM | Md Mark T Bates, M.D. | Cc Internal Medicine A | 135744819 | CRE |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Md Mark T Bates, M.D. at 2/10/2021  4:40 PM                                    Version 1 of 1

| Author: Md Mark T Bates, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 2/10/2021  4:40 PM | Encounter Date: 2/10/2021 | Status: Signed |
| Editor: Md Mark T Bates, M.D. (Physician) | | |

### TELEPHONE APPOINTMENT VISIT (TAV) -- 4:40 PM

Kellie L Menefee is a 55 year old female

Reason for TAV:  CONCENTRATION IMPAIRMENT

**Health Maintenance Due**

| Topic | Date Due |
|---|---|

**KAISER PERMANENTE**  CRESCENT CENTRE       Menefee, Kellie L
MEDICAL CENTER        MRN: 0947578, DOB:  Sex: F
200 CRESCENT CENTRE   Visit date: 2/10/2021
PARKWAY
TUCKER GA 30084-7047
GA HIM ROI ALMR

All ACC Notes (continued)

Progress Notes by Md Mark T Bates, M.D. at 2/10/2021 4:40 PM (continued)                     Version 1 of 1

- IMM INFLUENZA (6 MO AND OLDER) (1)              09/01/2020

Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANXIETY | 1993 |
| • DEPRESSION, UNSPECIFIED | 1993 |
| • SINUSITIS | 1997 |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Escitalopram (LEXAPRO) 20 mg Oral Tab | Take 1 tablet by mouth daily | 90 tablet | 1 |
| • ALPRAZolam (XANAX) 1 mg Oral Tab | Take 1 tablet by mouth 2 to 3 times a day as needed for anxiety. | 90 tablet | 1 |
| • Zolpidem (AMBIEN) 10 mg Oral Tab | Take one-half to 1 tablet by mouth at bedtime as needed for sleep. | 30 tablet | 1 |
| • Ondansetron (ZOFRAN ODT) 4 mg Oral Rap Dis Tab | Take one tab by mouth every 6 hours as needed nausea | 15 tablet | 0 |
| • K-TAB 10 mEq Oral SR Tab | Take 2 tablets by mouth daily while you have diarrhea | 10 tablet | 0 |
| • oxyCODONE-Acetaminophen (PERCOCET/ENDOCET) 5-325 mg Oral Tab | TAKE 1 TAB PO Q6H PRN FOR PAIN | 20 | 0 |
| • predniSONE (DELTASONE) 10 mg Oral Tab | TAKE 1 TAB PO BID FOR 5 DAYS | 10 | 0 |
| • Ibuprofen (MOTRIN) 800 mg Oral Tab | Take 1 tablet by mouth 3 times a day as needed for pain and inflammation | 30 | 0 |
| • Lidocaine (LMX 5) 5 % Top Crea | APPLY TO AFFECTED AREA(S) 2 TO 4 TIMES A DAY AS DIRECTED | 15 | 0 |
| • Hydrocortisone 2.5 % Top Crea | Apply to affected area(s) of skin 2 to 3 times a day using rectal tip applicator | 28.35 | 30 |

## KAISER PERMANENTE

CRESCENT CENTRE
MEDICAL CENTER
200 CRESCENT CENTRE
PARKWAY
TUCKER GA 30084-7047
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB  Sex: F
Visit date: 2/10/2021

---

All ACC Notes (continued)

Progress Notes by Md Mark T Bates, M.D. at 2/10/2021 4:40 PM (continued)                                    Version 1 of 1

| | | | |
|---|---|---|---|
| | or finger cot | | |
| • Hydrocortisone Acetate (ANUSOL-HC/ANUCORT-HC) 25 mg Rect Supp | Unwrap and insert 1 suppository rectally 2 times a day for hemorrhoids | 12 | 0 |
| • levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab | Take 1 tablet by mouth daily | 84 | 0 |
| • EPINEPHrine (ADRENACLICK/EPIPEN) 0.3 mg/0.3 mL Inj AutoInjector | INJECT CONTENTS OF 1 PEN INTRAMUSCULARLY INTO UPPER THIGH AS NEEDED FOR SEVERE ALLERGIC REACTION. REPEAT DOSE IF NEEDED | 4 | 3 |
| • Diclofenac Sodium (VOLTAREN) 1 % Top Gel | APPLY 2 TO 4 GRAMS TO AFFECTED AREA(S) UP TO 4 TIMES A DAY PRN. DO NOT EXCEED 32 GRAMS PER DAY | 100 | 1 |
| • levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab | Take 1 tablet by mouth daily | 84 | 4 |

No current facility-administered medications on file prior to visit.


PHONE VISIT DOCUMENTATION:
LVMTCB if needed.


ASSESSMENT:
Encounter Diagnoses

| Code | Name | Primary? |
|---|---|---|
| • R69 | DIAGNOSIS DEFERRED | |


PLAN:
No orders of the defined types were placed in this encounter.

Kaiser Permanente

**KAISER PERMANENTE**   CRESCENT CENTRE        Menefee, Kellie L
                        MEDICAL CENTER         MRN: 0947578, DOB:  Sex: F
                        200 CRESCENT CENTRE    Visit date: 2/10/2021
                        PARKWAY
                        TUCKER GA 30084-7047
                        GA HIM ROI ALMR

All ACC Notes (continued)

Progress Notes by Md Mark T Bates, M.D. at 2/10/2021 4:40 PM (continued)                Version 1 of 1

Time spent with patient or guardian over the phone was 1 minutes.

Electronically signed by:
Mark T Bates, MD
2/10/2021
4:40 PM

**Encounter Messages**

No messages in this encounter

**Questionnaires**

No completed forms available for this encounter.

**Diagnosis**

|                              | Comments |
| ---------------------------- | -------- |
| **DIAGNOSIS DEFERRED** [510341] |          |

**All Orders and Results**

No orders and results found

Audit Trail for Eye Care Forms

**Most Recent Medication Comments**

Vit E 10/09/15 SP

**Social Documentation as of 2/10/2021**

No social documentation on file.

## Patient Instructions

## No instructions given.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**All Flowsheet Data (all recorded)**

No documentation.

## END OF ENCOUNTER

**KAISER PERMANENTE**      GWINNETT MEDICAL     Menefee, Kellie L
OFFICE CENTER     MRN: 0947578, DOB:  Sex: F
3650 STEVE REYNOLDS     Visit date: 2/11/2021
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**          GWINNETT MEDICAL          Menefee, Kellie L
                              OFFICE CENTER             MRN: 0947578, DOB:          Sex: F
                              3650 STEVE REYNOLDS       Visit date: 2/11/2021
                              BLVD.
                              DULUTH GA 30096-4506
                              GA HIM ROI ALMR

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**   GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ▮▮▮▮ Sex: F
Visit date: 2/11/2021

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the <u>actual collection date/time</u> for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**   GWINNETT MEDICAL OFFICE CENTER
3650 STEVE REYNOLDS BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 2/11/2021

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

| Telephone Appointment Visit 2/11/2021 | | Kellie L Menefee MRN: 0947578 | | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 2/11/2021 1:20 PM | Md Jayashree Venkatesh, M.D. | Gwinnett Internal Medicine | 404-365-0966 | 135767609 |

**Reason for Call/Visit**

LAB ORDER REQUEST

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/11/2021 1:20 PM | Md Jayashree Venkatesh, M.D. | Gw Internal Medicine A | 135767609 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Md Jayashree Venkatesh, M.D. at 2/11/2021 1:19 PM                                 Version 1 of 1

| Author: Md Jayashree Venkatesh, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 2/11/2021 2:00 PM | Encounter Date: 2/11/2021 | Status: Signed |
| Editor: Md Jayashree Venkatesh, M.D. (Physician) | | |

## TELEPHONE APPOINTMENT VISIT (TAV) -- 1:50 PM

Kellie L Menefee is a 55 year old female

Reason for TAV:  LAB ORDER REQUEST

**Health Maintenance Due**

| Topic | Date Due |
|---|---|

Kaiser Permanente

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB  ▓▓▓▓  Sex: F
Visit date: 2/11/2021

---

All ACC Notes (continued)

Progress Notes by Md Jayashree Venkatesh, M.D. at 2/11/2021 1:19 PM (continued)                    Version 1 of 1

- IMM INFLUENZA (6 MO AND OLDER) (1)                09/01/2020

PHONE VISIT DOCUMENTATION:
covid + 1/14/2021
Feels thought process off. What I am thinking is not coming out correctly, meant to say face book but said
textbook, symptoms for 2 weeks
Doesn't travel far from home
Light turns green and she just sits in traffic light, states I dont move. Once someone blows then she realizes
she has been sitting there
No new meds
Sleep not the best
No confusion, loc or head injury
Not falling out
No shortness of breath
No headache, visual changes, vertigo.
May feel dizzy when she walks down steps she walks backwards, hold onto railing when she goes down. Gets
up slowly from bed
No fever. + chills and sweats since covid +
No difficulty walking or bowel or bladder incontinence. No speech problems

ASSESSMENT:
Diagnoses considered during this encounter:
Encounter Diagnoses

| Code | Name | Primary? |
|------|------|----------|
| - R41.82 | ALTERED MENTAL STATUS, UNSPECIFIED | |

PLAN:
Will need ov for further evaluation
Will route chart to PCP pool

Time spent with patient or guardian over the phone was 8 minutes.

Electronically signed by:
Jayashree  Venkatesh, MD
2/11/2021
1:50 PM

---

**Encounter Messages**

No messages in this encounter

**Questionnaires**

No completed forms available for this encounter.

## KAISER PERMANENTE

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB  Sex: F
Visit date: 2/11/2021

### Questionnaires (continued)

### Diagnosis

| | Comments |
| --- | --- |
| **ALTERED MENTAL STATUS, UNSPECIFIED** [518863] | |

### All Orders and Results

No orders and results found

Audit Trail for Eye Care Forms

### Most Recent Medication Comments

Vit E 10/09/15 SP

### Social Documentation as of 2/11/2021

No social documentation on file.

## Patient Instructions

### No instructions given.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Follow-up and Disposition

### All Flowsheet Data (all recorded)

No documentation.

## END OF ENCOUNTER

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ███████  Sex: F
Visit date: 2/24/2021

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**          GWINNETT MEDICAL        Menefee, Kellie L
                               OFFICE CENTER           MRN: 0947578, DOB: ▮▮▮▮  Sex: F
                               3650 STEVE REYNOLDS     Visit date: 2/24/2021
                               BLVD.
                               DULUTH GA 30096-4506
                               GA HIM ROI ALMR

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

Kaiser Permanente

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB ████  Sex: F
Visit date: 2/24/2021

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the <u>actual collection date/time</u> for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**  GWINNETT MEDICAL OFFICE CENTER
3650 STEVE REYNOLDS BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:   Sex: F
Visit date: 2/24/2021

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

| Telephone Appointment Visit 2/24/2021 | | | Kellie L Menefee MRN: 0947578 | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 2/24/2021 11:20 AM | Md Julia Y Campbell, M.D. | Gwinnett Internal Medicine | 404-365-0966 | 136104485 |

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/24/2021 11:20 AM | Md Julia Y Campbell, M.D. | Gw Internal Medicine A | 136104485 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Md Julia Y Campbell, M.D. at 2/24/2021 12:42 PM          Version 1 of 1

| Author: Md Julia Y Campbell, M.D. Filed: 2/24/2021 1:05 PM Editor: Md Julia Y Campbell, M.D. (Physician) | Service: — Encounter Date: 2/24/2021 | Author Type: Physician Status: Sign when Signing Visit |
|---|---|---|

### TELEPHONE APPOINTMENT VISIT (TAV) -- 12:42 PM

Kellie L Menefee is a 55 year old female

Reason for TAV:  No chief complaint on file.

Health Maintenance Due

| Topic | Date Due |
|---|---|
| • IMM INFLUENZA (6 MO AND OLDER) (1) | 09/01/2020 |

## KAISER PERMANENTE

| | | |
|---|---|---|
| **KAISER PERMANENTE** | GWINNETT MEDICAL OFFICE CENTER 3650 STEVE REYNOLDS BLVD. DULUTH GA 30096-4506 GA HIM ROI ALMR | Menefee, Kellie L MRN: 0947578, DOB:  Sex: F Visit date: 2/24/2021 |

All ACC Notes (continued)

Progress Notes by Md Julia Y Campbell, M.D. at 2/24/2021 12:42 PM (continued)          Version 1 of 1

**PHONE VISIT DOCUMENTATION:**
**PCP: Kenyatta Dean, D.O.**
-55 y/o female tested positive for Coronavirus infection on 1/2/2021 and again on 1/5/2021

ASSESSMENT:
No diagnosis found.

PLAN:
No orders of the defined types were placed in this encounter.

Time spent with patient or guardian over the phone was *** minutes.

Electronically signed by:
Julia Y Campbell, MD
2/24/2021
12:42 PM

---

Encounter Messages
  No messages in this encounter

**Questionnaires**
  No completed forms available for this encounter.

Diagnosis

|  | Comments |
|---|---|
| **MEMORY LOSS** [523354] - Primary | |
| **HX OF CORONAVIRUS COVID-19 DISEASE** [556990] | |

All Orders and Results
  No orders and results found

  Audit Trail for Eye Care Forms
Most Recent Medication Comments
  Vit E 10/09/15 SP

Social Documentation as of 2/24/2021
  No social documentation on file.

Patient Instructions

No instructions given.
Encounter-Level Documents:
  There are no encounter-level documents.

Order-Level Documents:
  There are no order-level documents.

**KAISER PERMANENTE**     GWINNETT MEDICAL      Menefee, Kellie L
                         OFFICE CENTER         MRN: 0947578, DOB ▮▮▮▮▮▮ Sex: F
                         3650 STEVE REYNOLDS   Visit date: 2/24/2021
                         BLVD.
                         DULUTH GA 30096-4506
                         GA HIM ROI ALMR

All Flowsheet Data (all recorded)

No documentation

## END OF ENCOUNTER

**KAISER PERMANENTE**

SOUTHWOOD MEDICAL
CENTER
2400 MT. ZION PARKWAY
JONESBORO GA 30236-
2500
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:          Sex: F
Visit date: 2/24/2021

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**
SOUTHWOOD MEDICAL
CENTER
2400 MT. ZION PARKWAY
JONESBORO GA 30236-
2500
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 2/24/2021

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**          SOUTHWOOD MEDICAL          Menefee, Kellie L
                              CENTER                      MRN: 0947578, DOB:  Sex: F
                              2400 MT. ZION PARKWAY       Visit date: 2/24/2021
                              JONESBORO GA 30236-
                              2500
                              GA HIM ROI ALMR

**OPERATIVE SECTION**

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

**PHYSICIAN ORDERS**

- Physician orders for the entire encounter

**ALLERGIES**

- Allergy list with dates for the encounter

**LAB RESULTS**

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the underlined actual collection date/time for the specific specimen noted
- Laboratory results for the encounter

**RAD RESULTS**

- Radiology results for the encounter

**PROBLEM LIST**

- Patient problems for the encounter

**PATIENT EDUCATION**

- Patient education for the encounter

**MULTI-DISCIPLINARY PROBLEMS**

- Patient multi-disciplinary problems with goals for the encounter

**CARE PLAN EVENT LOG**

- Care plan event log for the encounter

**KAISER PERMANENTE**

SOUTHWOOD MEDICAL
CENTER
2400 MT. ZION PARKWAY
JONESBORO GA 30236-
2500
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:   Sex: F
Visit date: 2/24/2021

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

---

| Telephone Appointment Visit<br>2/24/2021 | | | Kellie L Menefee<br>MRN: 0947678 | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept Phone | Encounter # |
|---|---|---|---|---|
| 2/24/2021 3:20 PM | Md Pamella P<br>Charles-Pryce, M.D. | Southwood Internal Medicine | 404-365-0956 | 136170096 |

**Reason for Call/Visit**

FOLLOW UP CARE

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 2/24/2021 3:20 PM | Md Pamella P Charles-<br>Pryce, M.D. | Sw Internal Medicine A | 136170096 | SWD |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Md Pamella P Charles-Pryce, M.D. at 2/24/2021 1:34 PM                    Version 1 of 1

| Author: Md Pamella P Charles-Pryce, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 2/24/2021 1:36 PM | Encounter Date: 2/24/2021 | Status: Signed |
| Editor: Md Pamella P Charles-Pryce, M.D. (Physician) | | |

## TELEPHONE APPOINTMENT VISIT (TAV) -- 1:35 PM

Kellie L Menefee is a 55 year old female
Verified DOB & MRN.
Verified allergies.
Verified that member was not driving.

**KAISER PERMANENTE**   SOUTHWOOD MEDICAL
CENTER
2400 MT. ZION PARKWAY
JONESBORO GA 30236-
2500
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:          Sex: F
Visit date: 2/24/2021

---

All ACC Notes (continued)

Progress Notes by Md Pamella P Charles-Pryce, M.D. at 2/24/2021 1:34 PM (continued)          Version 1 of 1

TELEHEALTH CONSENT
Prior to rendering the telehealth services:
1. I explained that there is available a face-to-face appointment with a provider to render the same health care services as this telehealth encounter.
2. The patient consented to receive health care services via telehealth for this encounter

Reason for TAV: FOLLOW UP CARE

Health Maintenance Due

| Topic | Date Due |
|---|---|
| • IMM INFLUENZA (6 MO AND OLDER) (1) | 09/01/2020 |

PHONE VISIT DOCUMENTATION:
Kellie L Menefee is a 55 year old female who complains of
Chief Complaint
Patient presents with
• FOLLOW UP CARE

Patient already spoke to a PCP this am.
She will f/u as needed.

Electronically signed by:
Pamella P Charles-Pryce, MD
2/24/2021
1:35 PM

---

Encounter Messages
No messages in this encounter

Questionnaires
No completed forms available for this encounter.

Diagnosis
                                                                                         Comments
HX OF CORONAVIRUS COVID-19 DISEASE   [656990] - Primary

All Orders and Results
No orders and results found

Audit Trail for Eye Care Forms
Most Recent Medication Comments
Vit E 10/09/15 SP

Social Documentation as of 2/24/2021
No social documentation on file.

Kaiser Permanente

**KAISER PERMANENTE**

SOUTHWOOD MEDICAL
CENTER
2400 MT. ZION PARKWAY
JONESBORO GA 30236-
2500
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: ███████  Sex: F
Visit date: 2/24/2021

Patient Instructions

**No instructions given.**

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**All Flowsheet Data (all recorded)**

No documentation.

## END OF ENCOUNTER

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: Sex: F
Visit date: 4/9/2021

### GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

**DOCUMENT HEADER**

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

**DOCUMENT FOOTER**

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

**SCANNED DOCUMENTS VIEW**

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

**ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET**

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

**EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS**

- After visit summary diagnosis for patient discharged from the Emergency Department

**EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION**

- Patient discharge disposition for patient seen in the Emergency Department