**KAISER PERMANENTE**   GWINNETT MEDICAL   Menefee, Kellie L
                        OFFICE CENTER      MRN: 0947578, DOB: ▓▓▓▓▓ Sex: F
                        3650 STEVE REYNOLDS Visit date: 7/31/2020
                        BLVD.
                        DULUTH GA 30096-4506
                        GA HIM ROI ALMR



- Do not shave the surgical site yourself.

- Take off all jewelry and piercings. And take out contact lenses, if you wear them.

## At the hospital or surgery center



- Bring a picture ID.

- You will be kept comfortable and safe by your anesthesia provider. The anesthesia may make you sleep. Or it may just numb the area being worked on.

- The surgery will take 30 minutes to 1 hour.

## Going home



- Be sure you have someone to drive you home. Anesthesia and pain medicine make it unsafe for you to drive.

- You will be given more specific instructions about recovering from your surgery. They will cover things like diet, wound care, follow-up care, driving, and getting back to your normal routine.

## When should you call your doctor?

- You have questions or concerns.

- You don't understand how to prepare for your surgery.

- You become ill before the surgery (such as fever, flu, or a cold).

- You need to reschedule or have changed your mind about having the surgery.

## Where can you learn more?

Go to http://kp.org/health

Enter **F046** in the search box to learn more about "**Hemorrhoidectomy: Before Your Surgery**."

Current as of: November 7, 2018

Content Version: 12.2

© 2006-2019 Healthwise, Incorporated. Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information. For internal use, refer to KPEDUPI#2059.
Kaiser Permanente                                                    Page 13

**KAISER PERMANENTE**   GWINNETT MEDICAL      Menefee, Kellie L
                        OFFICE CENTER         MRN: 0947578, DOB  Sex: F
                        3650 STEVE REYNOLDS   Visit date: 7/31/2020
                        BLVD.
                        DULUTH GA 30096-4506
                        GA HIM ROI ALMR

==========================================================

**Encounter-Level Documents:**
    There are no encounter-level documents.

**Order-Level Documents:**
    There are no order-level documents.

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 07/31/20 1540 | 07/31/20 1542 |
|---|---|---|
| Enc Vitals | | |
| BP | (!) 141/75 .JC | (!) 136/90 .JC |
| Pulse | 99 .JC | 99 .JC |
| Resp. | 18 .JC | — |
| Temp. | 98.5 °F (36.9 °C) .JC | — |
| Temp src | Oral .JC | — |
| SpO2 | 98 % .JC | — |
| Weight | 200 lb (90.7 kg) .JC | — |
| Height | 5' 7" (1.702 m) .JC | — |

**Custom Formula Data**

| Row Name | 07/31/20 1540 | 07/31/20 1542 |
|---|---|---|
| OTHER | | |
| BSA (System Calculated) | 2.07 .JC | — |
| Mean Arterial Pressure (MAP) | 97 .JC | 105 .JC |
| Body Mass Index | 31.32 .JC | — |
| Body Mass Index | 31 .JC | — |
| Ideal Body Weight (calculated) | 61.6 .JC | — |

**Lactation**

| Row Name | 07/31/20 1541 |
|---|---|
| OTHER | |
| Breastfeeding Status | No .JC |

**User Key**                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JC | Jeanetter C Crawford Lpn | 05/18/14 - | LICENSED PRACTICAL NURSE | — |

**END OF ENCOUNTER**

**KAISER PERMANENTE**    GWINNETT MEDICAL    Menefee, Kellie L
OFFICE CENTER    MRN: 0947578, DOB:  Sex: F
3650 STEVE REYNOLDS    Visit date: 8/5/2020
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**    GWINNETT MEDICAL      Menefee, Kellie L
                         OFFICE CENTER         MRN: 0947578, DOB: ▮▮▮▮▮ Sex: F
                         3650 STEVE REYNOLDS   Visit date: 8/5/2020
                         BLVD.
                         DULUTH GA 30096-4506
                         GA HIM ROI ALMR

**EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS**

- Instructions provided to patient seen in the Emergency Department

**EMERGENCY DEPARTMENT (ED) PROVIDER NOTES**

- Physician provider notes provided to patient seen in the Emergency Department

**HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS**

- Instructions provided to patient seen in an Outpatient Department

**INPATIENT (IP) DISCHARGE SUMMARY NOTES**

- Discharge summary notes for the encounter

**HISTORY & PHYSICAL (H&P) NOTES**

- History and physical notes for the encounter

**TRANSCRIPTION NOTES**

- Transcribed notes for the encounter

**CONSULT NOTES**

- Consultation notes for the encounter

**PROCEDURE NOTES**

- Procedure notes for the encounter

**PROGRESS NOTES**

- Progress notes in date order from admission to discharge

**INITIAL ASSESSMENT NOTES**

- Initial assessment notes for the encounter

**DISCHARGE PLANNING INITIAL ASSESSMENT NOTES**

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB: Sex: F
Visit date: 8/5/2020

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the actual collection date/time for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**   GWINNETT MEDICAL     Menefee, Kellie L
                        OFFICE CENTER        MRN: 0947578, DOB:  Sex: F
                        3650 STEVE REYNOLDS  Visit date: 8/5/2020
                        BLVD.
                        DULUTH GA 30096-4506
                        GA HIM ROI ALMR

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

---

**Telephone Appointment Visit**                                    **Kellie L Menefee**
**8/5/2020**                                                       **MRN: 0947578**

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/5/2020  9:40 AM | Do Kenyatta Dean V, D.O. | Gwinnett Internal Medicine | 404-365-0966 | 130330893 |

**Reason for Call/Visit**

KNEE PAIN

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/5/2020 9:40 AM | Do Kenyatta Dean V, D.O. | Gw Internal Medicine A | 130330893 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

Progress Notes by Do Kenyatta Dean V, D.O. at 8/5/2020  9:45 AM                                    Version 1 of 1

| Author: Do Kenyatta Dean V, D.O. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 8/5/2020 10:03 AM | Encounter Date: 8/5/2020 | Status: Signed |
| Editor: Do Kenyatta Dean V, D.O. (Physician) | | |

### TELEPHONE APPOINTMENT VISIT (TAV) -- 9:45 AM

Kellie L Menefee is a 54 year old female

Reason for TAV:  KNEE PAIN

There are no preventive care reminders to display for this patient.

**KAISER PERMANENTE**  GWINNETT MEDICAL OFFICE CENTER 3650 STEVE REYNOLDS BLVD. DULUTH GA 30096-4506 GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 8/5/2020

All ACC Notes (continued)

Progress Notes by Do Kenyatta Dean V, D.O. at 8/5/2020 9:45 AM (continued)          Version 1 of 1

Member verified by dob and mrn
PHONE VISIT DOCUMENTATION:
Spoke with Kellie Menefee. She was seen by video ACC on 8/3 for right knee pain after she fell off a barstool onto the knee. Her knee xray showed no fractures. She was told to ice and take ibuprofen. She Also hit right elbow but that is improving. No relief with ibuprofen.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANXIETY | 1993 |
| • DEPRESSION, UNSPECIFIED | 1993 |
| • SINUSITIS | 1997 |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | 1983, 1992 |
| • COLONOSCOPY W REMOVAL OF LESION USING SNARE | | 5/23/2014 |
| • PAST SURGICAL HISTORY, OTHER | | 2006 |
| sinus surgery | | |

ASSESSMENT:
Diagnoses considered during this encounter:
Encounter Diagnoses

| Code | Name | Primary? |
|---|---|---|
| • M25.561 | RIGHT KNEE JOINT PAIN | |
| • Z51.89 | AFTERCARE FOLLOWING ED VISIT | |

PLAN:
Orders Placed This Encounter

| Procedure |
|---|
| • Referral family practice external. |
| • Prednisone 10 mg oral tab |

Time spent with patient or guardian over the phone was 15 minutes.

Electronically signed by:
Kenyatta V Dean, DO
8/5/2020
9:45 AM

Encounter Messages
No messages in this encounter
Kaiser Permanente

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB ███████  Sex: F
Visit date: 8/5/2020

**Encounter Messages (continued)**

**Questionnaires**

No completed forms available for this encounter.

**Diagnosis**

| | Comments |
|---|---|
| **RIGHT KNEE JOINT PAIN** [543930] | |
| **AFTERCARE FOLLOWING ED VISIT** [644876] | |

**All Orders and Results**

No orders and results found

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

predniSONE (DELTASONE) 10 mg Oral Tab (Taking)
Hydrocortisone 2.5 % Top Crea (Taking)
Zolpidem (AMBIEN) 10 mg Oral Tab (Taking/Discontinued)
ALPRAZolam (XANAX) 1 mg Oral Tab (Taking/Discontinued)
levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab (Taking)
EPINEPHrine (ADRENACLICK/EPIPEN) 0.3 mg/0.3 mL Inj AutoInjector (Taking)

**Most Recent Medication Comments**

Vit E 10/09/15 SP

**Prescriptions Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| predniSONE (DELTASONE) 10 mg Oral Tab<br>Sig: TAKE 1 TAB PO BID FOR 5 DAYS<br>Route: Oral | 10 | 0/0 | 8/5/2020 | 8/4/2024 |

**Social Documentation as of 8/5/2020**

No social documentation on file.

## Patient Instructions

**Return for Care:** Return in about 1 month (around 9/5/2020) for if not improving.
**Knee Pain**
Your Kaiser Permanente Care Instructions

There are many different causes of knee pain. Lots of knee pain is caused by using your knee too much. If you injured your knee before, or if you are an older adult, you may be developing arthritis in your knee.

After examining you, your doctor or other clinician believes that your knee pain can be treated at home. To be sure that there is not a problem inside the knee joint, your doctor or other clinician may order further tests.

**How can you care for yourself at home?**
- Take pain medicines exactly as directed.
- If the doctor or other clinician gave you a prescription medicine for pain, take it as prescribed.
- If you are not taking a prescription pain medicine, take an over-the-counter pain medicine such as acetaminophen (Tylenol), ibuprofen (Advil, Motrin), or naproxen (Aleve) as needed. Read and follow all instructions on the label.
- Rest and protect your knee. Take a break from any activity that may cause pain.
- Put ice or a cold pack on your knee for 10 to 15 minutes at a time. Put a thin cloth between the ice and your skin.
- Prop up a sore knee on a pillow when you ice it or anytime you sit or lie down for the next 3 days. Try to

**KAISER PERMANENTE**    GWINNETT MEDICAL        Menefee, Kellie L
                         OFFICE CENTER           MRN: 0947578, DOB:  Sex: F
                         3650 STEVE REYNOLDS     Visit date: 8/5/2020
                         BLVD.
                         DULUTH GA 30096-4506
                         GA HIM ROI ALMR

keep it above the level of your heart. This will help reduce swelling.
- If your doctor or other clinician recommends an elastic bandage, sleeve, or other type of support for your knee, wear it as directed.
- If your knee is not swollen, you can put moist heat, a heating pad, or a warm cloth on your knee.
- After several days of rest, you can begin gentle exercise of your knee.

Follow-up care is a key part of your treatment. Be sure to make any suggested appointments and go to all scheduled visits. Watch for signs that you are not getting better as expected, and call your doctor or other clinician if you have concerns.

**When should you call 911?**
If you think you are experiencing a medical emergency, call 911 immediately or seek other emergency services. Examples of symptoms that may be an emergency include:
- You have sudden chest pain, shortness of breath, and cough up blood.

**When should you call Kaiser Permanente?**
- You have increasing or severe pain.
- You cannot move your knee.
- You cannot stand or put weight on your knee.
- You have signs of infection, such as:
  1. Increased pain, swelling, warmth, or redness.
  2. Red streaks leading from the sore area.
  3. Pus draining from the area.
  4. Fever.
- You have signs of a blood clot, such as:
  1. Pain in your calf, back of knee, thigh, or groin.
  2. Redness and swelling in your leg or groin.
- You have bruises from a knee injury that last longer than 2 weeks.

**How can you learn more about knee pain?**
- Log on: members.kp.org. Search for knee pain in the Health encyclopedia.
- Look in: Kaiser Permanente Healthwise Handbook.
Your Kaiser Permanente Care Instructions adapted from Healthwise, Incorporated (c) 2005. All rights reserved.

Encounter-Level Documents:
  There are no encounter-level documents.

Order-Level Documents:
  There are no order-level documents.

Follow-up and Disposition
  Return in about 1 month (around 9/5/2020) for if not improving.

Follow-up and Disposition History

08/05/2020 1001 - Do Kenyatta Dean V, D O
  Dispositions:          Return in about 1 month (around 9/5/2020) for if not improving.

All Flowsheet Data (all recorded)

**KAISER PERMANENTE**    GWINNETT MEDICAL     Menefee, Kellie L
                         OFFICE CENTER        MRN: 0947578, DOB:  Sex: F
                         3650 STEVE REYNOLDS  Visit date: 8/5/2020
                         BLVD.
                         DULUTH GA 30096-4506
                         GA HIM ROI ALMR

All Flowsheet Data (all recorded) (continued)

No documentation

## END OF ENCOUNTER

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 8/24/2020

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 8/24/2020

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

**KAISER PERMANENTE**       GWINNETT MEDICAL           Menefee, Kellie L
                            OFFICE CENTER              MRN: 0947578, DOB: Sex: F
                            3650 STEVE REYNOLDS        Visit date: 8/24/2020
                            BLVD.
                            DULUTH GA 30096-4506
                            GA HIM ROI ALMR

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the <u>actual collection date/time</u> for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**   GWINNETT MEDICAL     Menefee, Kellie L
OFFICE CENTER           MRN: 0947578, DOB: ▮▮▮▮  Sex: F
3650 STEVE REYNOLDS      Visit date: 8/24/2020
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

| Office Visit 8/24/2020 | | | Kellie L Menefee MRN: 0947578 | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/24/2020 10:10 AM | Md Mba Jeffrey R Root, M.D. | Gwinnett Surgery | 404-365-0966 | 129755439 |

**Reason for Call/Visit**

HEMORRHOIDS

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/24/2020 10:10 AM | Md Mba Jeffrey R Root, M.D.; GW SURG ANO RM | Gw Surgery | 129755439 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**Vitals**                                                                          Most recent update: 8/24/2020 10:26 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 134/100 ↑ | 124 | 98.8 °F (37.1 °C) (Oral) | 18 | 5' 8" (1.727 m) |

Wt
187 lb 4.8 oz (85 kg)

**All ACC Notes**

Progress Notes by Md Mba Jeffrey R Root, M.D. at 8/24/2020 10:55 AM                              Version 1 of 1

| Author: Md Mba Jeffrey R Root, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 8/24/2020 10:58 AM | Encounter Date: 8/24/2020 | Status: Signed |
| Editor: Md Mba Jeffrey R Root, M.D. (Physician) | | |

History of bleeding hemorrhoids.  Referred for surgery consult.  Flex sig in 2018 reviewed with patient.  Tags.

**KAISER PERMANENTE**    GWINNETT MEDICAL        Menefee, Kellie L
                            OFFICE CENTER          MRN: 0947578, DOB:  Sex: F
                            3650 STEVE REYNOLDS    Visit date: 8/24/2020
                            BLVD.
                            DULUTH GA 30096-4506
                            GA HIM ROI ALMR

All ACC Notes (continued)

Progress Notes by Md Niba Jeffrey R Root, M.D. at 8/24/2020 10:55 AM (continued)         Version 1 of 1

Internal hemorrhoids. Consented for rubber band ligation. We discussed hemorrhoids previous phone appointment. Int v ext. Consented and agreed as first line procedural management.

Prone position on table. External tags. No hemorrhoids. Tissues soft. Internal one prominent with small blood noted on right posterior aspect. Other smaller. No other site of bleeding.

Rubber band deployed with suction- two bands deployed. Min bleeding. Inspected. Good result. No pain. Some pressure. Tolerated.

Follow up in 2-3 weeks re-eval for additional treatment if needed. Some oozing normal. Brochure on hemorrhoids provided. Thank you.

**Encounter Messages**

No messages in this encounter

**Questionnaires**

No completed forms available for this encounter.

**Diagnosis**

|  | Comments |
|---|---|
| **BLEEDING INTERNAL HEMORRHOID** [517978] | |

**All Orders and Results**

No orders and results found

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

Zolpidem (AMBIEN) 10 mg Oral Tab (Taking/Discontinued)
ALPRAZolam (XANAX) 1 mg Oral Tab (Taking/Discontinued)
levonorgestrel/ethin.estradiol (PORTIA 28) 0.15-0.03 mg Oral Tab (Taking)
Escitalopram (LEXAPRO) 20 mg Oral Tab (Taking/Discontinued)

**Most Recent Medication Comments**

Vit E 10/09/15 SP

**Social Documentation as of 8/24/2020**

No social documentation on file.

## Patient Instructions

### No instructions given.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 08/24/20 1024 | 08/24/20 1026 |
|---|---|---|

**KAISER PERMANENTE**  GWINNETT MEDICAL   Menefee, Kellie L
OFFICE CENTER      MRN: 0947578, DOB:  Sex: F
3650 STEVE REYNOLDS  Visit date: 8/24/2020
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

All Flowsheet Data (all recorded) (continued)

Encounter Vitals (continued)

| Row Name | 08/24/20 1024 | 08/24/20 1026 |
|---|---|---|
| Enc Vitals | | |
| BP | (!) 139/96  -(t)Y | (!) 134/100  -NY |
| Pulse | 124  -NY | — |
| Resp | 18  -NY | — |
| Temp | 98.8 °F (37.1 °C)  -(t)Y | — |
| Temp src | Oral  -NY | — |
| Weight | 187 lb 4.8 oz (85 kg)  -(t)Y | — |
| Height | 5' 8" (1.727 m)  -(t)Y | — |
| OTHER | | |
| BP Location | LA-LEFT ARM  -NY | — |

Custom Formula Data

| Row Name | 08/24/20 1024 | 08/24/20 1026 |
|---|---|---|
| OTHER | | |
| BSA (System Calculated) | 2.02  -(t)Y | — |
| Mean Arterial Pressure (MAP) | 110  -(t)Y | 111  -NY |
| Body Mass Index | 28.48  -NY | — |
| Body Mass Index | 28  -NY | — |
| Ideal Body Weight (calculated) | 63.9  -NY | — |

User Key                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| NY | Nakia Young Lpn | 07/01/16 - | LICENSED PRACTICAL NURSE | — |

**END OF ENCOUNTER**

| **KAISER PERMANENTE** | GWINNETT MEDICAL OFFICE CENTER 3650 STEVE REYNOLDS BLVD. DULUTH GA 30096-4506 GA HIM ROI ALMR | Menefee, Kellie L MRN: 0947578, DOB:  Sex: F Visit date: 1/6/2021 |

## GUIDE TO DOCUMENTATION WITHIN THE MEDICAL RECORD

### DOCUMENT HEADER

- Appears at the top of each page
- Identifies facility where services were rendered
- Identifies patient name, medical record number (MRN), date of birth and sex
- Displays admission & discharge date for each encounter

### DOCUMENT FOOTER

- Appears at the bottom of each page
- Displays Kaiser Permanente
- Patient name and MRN
- Page number displays

### SCANNED DOCUMENTS VIEW

- Encounter Level Documents
- Order-Level Documents
- Patient-Level Documents

### ADMISSION DISCHARGE & TRANSFER (ADT) FACESHEET

- Hospital Account Information
- Admission Information
- Demographic Information
- Provider Information
- Patient Valuables
- Last Admit Date
- MRN Number

### EMERGENCY DEPARTMENT (ED) AFTER VISIT SUMMARY DIAGNOSIS

- After visit summary diagnosis for patient discharged from the Emergency Department

### EMERGENCY DEPARTMENT (ED) VISIT DISPOSITION

- Patient discharge disposition for patient seen in the Emergency Department

**KAISER PERMANENTE**     GWINNETT MEDICAL          Menefee, Kellie L
                          OFFICE CENTER             MRN: 0947578, DOB ▮▮▮ Sex: F
                          3650 STEVE REYNOLDS       Visit date: 1/6/2021
                          BLVD.
                          DULUTH GA 30096-4506
                          GA HIM ROI ALMR

## EMERGENCY DEPARTMENT (ED) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in the Emergency Department

## EMERGENCY DEPARTMENT (ED) PROVIDER NOTES

- Physician provider notes provided to patient seen in the Emergency Department

## HOSPITAL OUTPATIENT VISIT (HOV) PATIENT INSTRUCTIONS

- Instructions provided to patient seen in an Outpatient Department

## INPATIENT (IP) DISCHARGE SUMMARY NOTES

- Discharge summary notes for the encounter

## HISTORY & PHYSICAL (H&P) NOTES

- History and physical notes for the encounter

## TRANSCRIPTION NOTES

- Transcribed notes for the encounter

## CONSULT NOTES

- Consultation notes for the encounter

## PROCEDURE NOTES

- Procedure notes for the encounter

## PROGRESS NOTES

- Progress notes in date order from admission to discharge

## INITIAL ASSESSMENT NOTES

- Initial assessment notes for the encounter

## DISCHARGE PLANNING INITIAL ASSESSMENT NOTES

- Discharge planning initial assessment notes for the encounter

Kaiser Permanente                                                    Page 30

**KAISER PERMANENTE**   GWINNETT MEDICAL OFFICE CENTER
3650 STEVE REYNOLDS BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/6/2021

## OPERATIVE SECTION

- OR surgeon notes
- Anesthesia Pre-op notes
- Anesthesia Post-op notes
- Multi-Discipline Progress notes

## PHYSICIAN ORDERS

- Physician orders for the entire encounter

## ALLERGIES

- Allergy list with dates for the encounter

## LAB RESULTS

- Legend for term 'Specimen' on Laboratory Results Report: The date/time listed after the heading "Specimen" is the <u>actual collection date/time</u> for the specific specimen noted
- Laboratory results for the encounter

## RAD RESULTS

- Radiology results for the encounter

## PROBLEM LIST

- Patient problems for the encounter

## PATIENT EDUCATION

- Patient education for the encounter

## MULTI-DISCIPLINARY PROBLEMS

- Patient multi-disciplinary problems with goals for the encounter

## CARE PLAN EVENT LOG

- Care plan event log for the encounter

**KAISER PERMANENTE**  GWINNETT MEDICAL OFFICE CENTER 3650 STEVE REYNOLDS BLVD. DULUTH GA 30096-4506 GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/6/2021

## INPATIENT FLOWSHEET

- Inpatient flowsheets for the encounter

## MEDICATION ADMINISTRATION RECORD (MAR)

- Medications ordered and administered for the encounter

## IP DISCHARGE INSTRUCTIONS

- Discharge instructions provided to patient

| Telephone Appointment Visit 1/6/2021 | | | Kellie L Menefee MRN: 0947578 | |
|---|---|---|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 1/6/2021  3:00 PM | Md Shrinesh Patel V, M.D. | Gwinnett Internal Medicine | 404-365-0966 | 134618473 |

**Reason for Call/Visit**

DIARRHEA

**Encounter Information**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 1/6/2021  3:00 PM | Md Shrinesh Patel V, M.D. | Gw Internal Medicine A | 134618473 | GWI |

**Call Documentation**

No notes of this type exist for this encounter.

**All ACC Notes**

**Progress Notes by Md Shrinesh Patel V, M.D. at 1/6/2021  3:22 PM**                                    Version 1 of 1

| Author: Md Shrinesh Patel V, M.D. | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 1/10/2021 12:53 PM | Encounter Date: 1/6/2021 | Status: Signed |
| Editor: Md Shrinesh Patel V, M.D. (Physician) | | |

## TELEPHONE APPOINTMENT VISIT (TAV) -- 3:22 PM

Kellie L Menefee is a 55 year old female

**Reason for TAV:**
covid 19

**KAISER PERMANENTE**

GWINNETT MEDICAL
OFFICE CENTER
3650 STEVE REYNOLDS
BLVD.
DULUTH GA 30096-4506
GA HIM ROI ALMR

Menefee, Kellie L
MRN: 0947578, DOB:  Sex: F
Visit date: 1/6/2021

---

All ACC Notes (continued)

Progress Notes by Md Shrinesh Patel V, M.D. at 1/6/2021  3:22 PM (continued)          Version 1 of 1

PHONE VISIT DOCUMENTATION:
covid 19 + 2 days ago on kaiser test
She has poor appetite, not vomiting but slight nausea, +diarrhea 4-5 per day;
drinks water; fatigue
No fevers, no body aches
No cough or sore throat; does have slight runny nose due to sinus issues

States has irritated hemorrhoid due to diarrhea

Takes vitamin D , zinc, vitamin C

ASSESSMENT:
Diagnoses considered during this encounter:
Encounter Diagnoses

| Code | Name | Primary? |
|------|------|----------|
| • R11.0 | NAUSEA | |
| • R19.7 | DIARRHEA | |

PLAN:
Orders Placed This Encounter
Procedure
• Ondansetron 4 mg oral rap dis tab
• K-tab 10 meq oral sr tab

Electronically signed by:
Shrinesh V Patel, MD
1/6/2021
3:22 PM

---

Encounter Messages
    No messages in this encounter
Questionnaires
    No completed forms available for this encounter.

Kaiser Permanente

# Patient Statement Inquiry

## Patient : 140913539 - Menefee,Kellie L

| Date | Type | Description | Units | Amount |
|------|------|-------------|-------|--------|
| 08-11-2020 | 97161 | Evaluation, Low Complexity | 1.00 | 172.00 |
|  | 97530 | Therapeutic Activities | 1.00 | 68.00 |
|  | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
|  | 97110 | Therapeutic Procedure | 1.00 | 74.00 |
|  |  |  |  |  |
| 08-18-2020 | 97530.59 | Therapeutic Activities | 1.00 | 68.00 |
|  | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
|  | 97110.59 | Therapeutic Procedure | 1.00 | 74.00 |
|  | 97140.59 | Manual Therapy Techniques | 1.00 | 70.00 |
|  | 97150 | Therapeutic Procedures, Group | 1.00 | 40.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 09-25-2020 | 97164.59 | Reevaluation | 1.00 | 95.00 |
|  | 97530.59 | Therapeutic Activities | 1.00 | 68.00 |
|  | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
|  | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
|  | 97110 | Therapeutic Procedure | 1.00 | 74.00 |
|  | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
|  |  |  |  |  |
| 10-16-2020 | 97530.59 | Activities | 1.00 | 68.00 |
|  | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
|  | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
|  | 97110 | Therapeutic Procedure | 1.00 | 74.00 |

# Patient Statement Inquiry

## Patient : 140913539 - Menefee,Kellie L

| Date | Type | Description | Units | Amount |
|------|------|-------------|-------|--------|
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
| 10-23-2020 | 97530.59 | Therapeutic Activities | 1.00 | 68.00 |
| | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
| | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
| | 97110 | Therapeutic Procedure | 1.00 | 74.00 |
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
| 11-20-2020 | 97530.59 | Therapeutic Activities | 1.00 | 68.00 |
| | 97535.59 | Self Care/Home Management Training | 1.00 | 68.00 |
| | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
| | 97110 | Therapeutic Procedure | 1.00 | 74.00 |
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
| 12-02-2020 | 97530.59 | Therapeutic Activities | 2.00 | 136.00 |
| | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
| 12-04-2020 | 97530.59 | Therapeutic Activities | 2.00 | 136.00 |
| | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |

# Patient Statement Inquiry

### Patient : 140913539 - Menefee, Kellie L

| Date | Type | Description | Units | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 12-18-2020 | 97530.59 | Activities | 2.00 | 136.00 |
| | 97112 | Neuromuscular Reeducation | 1.00 | 66.00 |
| | 97110 | Therapeutic Procedure | 1.00 | 74.00 |
| | 97140 | Manual Therapy Techniques | 1.00 | 70.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **Total Charges on Account:** | | 3071.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**KAISER PERMANENTE®**

### Referral Summary

Referral Status: Authorized                Decision Date: Aug 5, 2020
                                           Expiration Date: Feb 1, 2021

Medical Record #: 0947578
**MENEFEE,KELLIE L**                                          Aug 6, 2020
  Priority: Routine                       Referral date: 08/05/2020
  Referral #: 205193769                             Type: Outpatient Service
Referred by: Do Kenyatta Dean V        Source Loc/POS: GWINNETT MEDICAL OFFICE *
To Provider: Physiotherapy Associates In*  To Loc/POS: PHYSIOTHERAPY ASSOCIATES*
  Specialty: Physical Therapy                     Reason: Service Not Available at*

Visits:

|           | Total Visits |
|-----------|--------------|
| Requested | 1            |
| Authorized| 1            |
| Scheduled |              |
| Used      |              |
| AP Claims |              |

Diagnosis Codes:
  719.46 (ICD-9-CM) - M25.561 (ICD-10-CM) - RIGHT KNEE JOINT PAIN

Procedure codes:
(Canceled) 239236 - REFERRAL FAMILY PRACTICE EXTERNAL.
97161 (CPT®) - PHYSICAL THERAPY EVALUATION LOW COMPLEX 20 MINS
97162 (CPT®) - PHYSICAL THERAPY EVALUATION MOD COMPLEX 30 MINS
97163 (CPT®) - PHYSICAL THERAPY EVALUATION HIGH COMPLEX 45 MINS
97164 (CPT®) - PHYSICAL THERAPY RE-EVAL EST PLAN CARE 20 MINS

Revenue codes:

**Note Detail**
Note Type: Letter              Entered By: WATT, TENILLE N.    on 08/05/2020
Summary:   Auto: Notification Recipient List
Kellie L Menefee

Sent: Letter


Note Type: Letter              Entered By: WATT, TENILLE N.    on 08/05/2020
Summary:   Auto: 86010-QRM MBR RFL FORM 2013-4


Kaiser Permanente
Quality Resource Management Department
3495 Piedmont Road, NE
Atlanta, GA 30305

        8/5/20

KELLIE L MENEFEE
4787 CEDAR WOOD DR SW

LILBURN GA 30047-4294

This is an important notice informing you that a referral has been
approved from Kenyatta V Dean, DO on 08/05/2020. Please see information
below:

Member Name:
KELLIE L MENEFEE

Member Home Phone:
███████████

Member Mobile Phone

Referred to Provider:
PHYSIOTHERAPY ASSOCIATES INC

Special Member Instructions:To obtain the specialty service you have
requested, please do the following:

? Make an appointment with your provider for the office visit, test, or
procedure.

Matrix / Physiotherapy Associates
Progressive Sports Medicine
(H)- Hand Therapy
(A)-Aquatic Therapy

Atlanta/West Paces (H)    Atlanta
3200 Downwood Cir NW Ste 350  17 Executive Park South, STE 680
Atlanta, GA 30327    Atlanta, GA 30329
(404)355-2913/fax 404-351-1684  (404)364-9551/fax 404-261-0617

Atlanta/Lake Hearn (Spanish)(A)  Cartersville
1100 Lake Hearn Dr. NE, Ste 130 695 Henderson Drive
Atlanta, GA 30342   Cartersville, GA 30120
(404)303-0355/fax 404-303-7757  770-386-6300/fax 770-382-0491

Atlanta/Buckhead at 25th ST  Atlanta/Windy Hill (Spanish)
1720 Peachtree St NW, Suite 422 1995 North park Place, SE, Suite 410
Atlanta, GA 30309    Atlanta, GA 30339
(404)733-1936/fax 404-733-1940  (770)850-0390/fax 770-818-9762

Acworth/Kennesaw    Alpharetta/Duluth
3105 Creekside Village Dr., Suite 701 3680 Pleasant Hill Rd., Suite 101
Kennesaw, GA 30144    Duluth, GA 30096
(678)574-6868/fax 678-574-6141  (770)813-5575/fax 770-813-0032

Alpharetta/Windward Parkway  Athens
488 North Main St., Ste 204  723 Baxter Str, Suite B
Alpharetta, GA 30009    Athens, GA 30605
(770)619-5801/fax 770-619-5806  (706)355-3035/fax 706-355-3039

Buford/Lanier    Buford/Sugar Hill
3919 Carter Rd., Suite A   4700 Nelson Brogdon Blvd. suite 240
Buford, GA 30518    Sugar Hill, GA 30518
(770)614-5772/fax 770-614-5991  (770)271-3188/ fax 770-271-3288

Carrollton (H)    College Park (Spanish) (A)
1004 Bankhead Hwy., Bldg.A, Ste 5 1669 Phoenix Pkwy. Suite 102
Carrollton, GA 30017    College Park, GA 30349
(770)834-5609/ fax 770-834-8617 770- 907-1023 / fax 770-907- 5608

Conyers (H)    Covington
1603 GA Hwy. 20, NE,  Suite 201 9152 Highway 278 NE,
Conyers, GA 30012   Covington, GA 30014
(770)929-8411/ fax 770-918-1419 (678)-342-9339/ fax 678-342-9319


Cumming (H)    Dacula
100 Mountain View Dr., Ste 100  3605 Braselton Hwy., NE. Suite 101
Cumming, GA 30040   Dacula, GA 30019
(770)889-2163/ fax 770-889-4386 (770) 904-0772/ fax 770-904-0774

Dawsonville    Decatur/Winn Way
400 Dawson Commons Circle, Ste 430 495 Winn Way, Suite 250
Dawsonville, GA 30534   Decatur, GA 30030
(706)265-8790/fax 706-265-8788  (404)294-1313/fax 404-294-1318

Decatur/Tucker (H)   Douglasville (H)
1460 Montreal Road E, Suite 300 8509 Hospital Drive
Tucker, GA 30084    Douglasville, GA 30134
770-491-0920/ fax 770-491-0906  (770)947-5440/ fax 770-947-5445

Dunwoody Village (Spanish)(H)     Evans
5513 Chamblee Dunwoody Rd, Suite 430    400 Town Park Blvd., Suite 100
Dunwoody, GA 30338        Evans, GA 30809
(770)551-9633/ fax 770-698-9184      (706)854-9850/fax 706-854-9870

Hiram    Jonesboro (H)
76 Highland Pavillion Ct., Ste 185 335 Upper Riverdale Rd., Suite B10
Hiram, GA 30141    Jonesboro, GA 30236
(678)384-0844/fax 678-384-0845  (770)907-5743/ fax 770-907-5746

Lawrenceville (H)(A)   Lilburn/Hwy 29
601-A Professional Dr., Suite 120 4024 Lawrenceville Hwy NW Suite 19&20
Lawrenceville, GA 30046   Lilburn, GA 30047
(770)513-0839/fax 770-513-7850  (770)931-8686/ fax 770-931-0462

Lilburn/Killian Hill    Lithia Springs
966A Killian Hill Rd.   665 Thornton Way, Suite B
Lilburn, GA 30047   Lithia Springs, GA 30122
(770)923-4815/fax 770-923-0901  (770)739-5888/ fax 770-739-8877

Lithonia    Loganville/Athens Hwy
5255 Snapfinger Park Dr., Ste 130 150 Athens Hwy., Suite 600
Decatur, GA 30035   Loganville, GA 30052
(770)322-7003/ fax 770-322-7630 (770)554-2307/ fax 770-554-2309

Marietta                Marietta/Kennestone
1995 North Park Place, Ste 410  335 Roselane St., Suite 201
Atlanta, GA 30339   Marietta, GA 30060
(770)850.0390/fax 770-818.9762  (770)514-1410/fax 770-514-8510

Marietta/East Cobb (H)(A)  McDonough
2155 Post Oak Tritt Rd., Ste 400  234 Jonesboro Road
Marietta, GA 30062   McDonough, GA 30253
(770)565-4044/ fax 770-565-5653 (770)954-9631/ fax 770-914-8182

Newnan    Norcross (Spanish)
40 Greenway Court    3945 Holcomb Bridge Road, Ste. 100
Newnan, GA 30265   Norcross, GA 30092
(770)502-0195/ fax 770-502-8729 (770)840-8045/ fax 770-840-8146

Peachtree City (H)   Roswell (H)
3200 Shakerag Hill, Ste C  24 East Crossville Rd., Suite 150
Peachtree City, GA 30269 Roswell, GA 30075
(770)487-0760/ fax 770-487-0815 (678)822-0721/ fax 678-822-0724

Smyrna/Vinings     Stockbridge/Peridot Pkwy
4579 South Cobb Dr., Suite 100  9050 Peridot Pkwy., Suite E
Smyrna, GA 30080    Stockbridge, GA 30281
(770)436-3665/ fax 770-436-0886 (770)474-0540/ fax 770-507-0506

     Suwanee/John's Creek    Woodstock (Spanish) (H)
     4045 John's Creek Pkwy.,Bldg. B, Ste A 655 Molly Lane, Suite 100
Suwanee, GA 3024    Woodstock, GA 30189
     (678)206-6061/ fax 678-206-6064 (770)517-1080/ fax 770-517-1083


1. Key Points to Remember

? Take with you to the appointment the attached referral and clinical
information.
? The provider may cancel your appointment if you do not have a current
referral for your appointment.
? Your referral is for the specific diagnosis or condition it states. If
other related medical conditions arise, please see your primary care
physician.
? Your referral is good for the days and visits specified.

If you have questions about your referral, please call your primary care
physician.


Referral Number:
205193769

Priority:
Routine

Begin Date:
08/05/2020

End Date:
02/01/2021

Visits:
Visits based on members benefit.  Call Member Services Department at (404)
261-2590 OR 1-888-865-5813 or TTY/TDD 1-800-255-0056 to determine visits
allowed.

Diagnoses:
  719.46 (ICD-9-CM) - M25.561 (ICD-10-CM) - RIGHT KNEE JOINT PAIN

Procedures:
  (Canceled) 239236 - REFERRAL FAMILY PRACTICE EXTERNAL.
  97161 (CPT®) - PHYSICAL THERAPY EVALUATION LOW COMPLEX 20 MINS
  97162 (CPT®) - PHYSICAL THERAPY EVALUATION MOD COMPLEX 30 MINS
  97163 (CPT®) - PHYSICAL THERAPY EVALUATION HIGH COMPLEX 45 MINS
  97164 (CPT®) - PHYSICAL THERAPY RE-EVAL EST PLAN CARE 20 MINS

Primary Care Physician:
DEAN, DO, KENYATTA V

Member Office:
GWINNETT MEDICAL OFFICE CENTER [19]

Physician Comment Note:
Enter specific procedure/service requested and details for this EXTERNAL
REFERRAL: right knee pain after fall, please evaluate and treat to
alleviate pain


NONDISCRIMINATION NOTICE

Kaiser Foundation Health Plan of Georgia, Inc. (Kaiser Health Plan)
complies with applicable Federal civil rights laws and does not
discriminate on the basis of race, color, national origin, age,
disability, or sex. Kaiser Health Plan does not exclude people or treat
them differently because of race, color, national origin, age, disability,
or sex. We also:

• Provide no cost aids and services to people with disabilities to
communicate effectively with us, such as:
• Qualified sign language interpreters
• Written information in other formats, such as large print, audio, and
accessible electronic formats

• Provide no cost language services to people whose primary language is
not English, such as:
• Qualified interpreters
• Information written in other languages

If you need these services, call 1-888-865-5813 (TTY: 711)

If you believe that Kaiser Health Plan has failed to provide these
services or discriminated in another way on the basis of race, color,
national origin, age, disability, or sex, you can file a grievance by mail
at: Member Relations Unit (MRU), Attn: Kaiser Civil Rights Coordinator,
Nine Piedmont Center, 3495 Piedmont Road, NE Atlanta, GA 30305-1736.
Telephone Number: 1-888-865-5813.

You can also file a civil rights complaint with the U.S. Department of
Health and Human Services, Office for Civil Rights electronically through
the Office for Civil Rights Complaint Portal, available at
https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:
U.S. Department of Health and Human Services, 200 Independence Avenue SW.,
Room 509F, HHH Building, Washington, DC 20201, 1-800-368-1019,
1-800-537-7697 (TDD). Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.

---

HELP IN YOUR LANGUAGE

English
ATTENTION: If you speak English, language assistance services, free of
charge, are available to you. Call 1-888-865-5813 (TTY: 711).
Amharic
?????: ?????? ??? ???? ??? ????? ???? ?????? ??? ?????? ???????? ?? ?????
??? ???? 1-888-865-5813 (TTY: 711).
Arabic
ãáÍ±ÚÉ: ÀÐÇ ßãÊ ÊÊÍÏ̈Ë ÇáÚÑȃÍÉ¡ ÝÀã ÏÍ±ÇÊ ÇáäÕÇÚÏÉ ÇááÛæÍÉ ÊÊ±ÇÝÑ á£
ÈÇáãÌÇã. ÇÊÕá ÈÑ̄Çã
.(711 :TTY) 1-888-865-5813
Chinese
??????????????????????????????
1-888-865-5813?TTY?711??
Farsi
Ê±Ìã: ÇÑ Èã ÒÈÇã ÝÇÑÓ? ☐ÝÊ☐æ ã? ¨ã?Ï¡ ÈÓá?áÇÊ ÒÈÇã? ÈÕ±ÑÊ ÑÇ?☐Çã ÈÑÇ? ÕãÇ
ÝÑÇãã ã? ÈÇÕÏ. ÈÇ (711 :TTY) 1-888-865-5813 ÊãÇ☐ È☐?Ñ?Ï.
French
ATTENTION: Si vous parlez français, des services d'aide linguistique vous
sont proposés gratuitement. Appelez le 1-888-865-5813 (TTY: 711).
German
ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche
Hilfsdienstleistungen zur Verfügung. Rufnummer: 1-888-865-5813 (TTY: 711).
Gujarati
?????: ?? ??? ?????? ????? ??, ?? ??:????? ???? ???? ????? ????? ????
?????? ??. ??? ??? 1-888-865-5813 (TTY: 711).
Haitian Creole
ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib
gratis pou ou. Rele 1-888-865-5813 (TTY: 711).

60577109_ACA_1557_MarCom_GA_2017_Taglines

Hindi
????? ???: ??? ?? ????? ????? ??? ?? ???? ??? ????? ??? ???? ?????? ??????
?????? ???? 1-888-865-5813 (TTY: 711) ?? ??? ?????
Japanese
?????????????????????????????????????
1-888-865-5813?TTY: 711??????????????????
Korean
??: ???? ????? ??, ?? ?? ???? ??? ???? ? ????. 1-888-865-5813 (TTY: 711)
??? ??? ????.
Navajo
Díí baa akó nínízin: Díí saad bee yání�³tiʼgo Diné Bizaad, saad bee
ákáʼánídaʼáwoʼdéʔéʔʼ, tʼáá jiikʼeh, éí ná hólóʔ, kojiʔʼ hódíílnih
1-888-865-5813
(TTY: 711).
Portuguese
ATENÇÃO: Se fala português, encontram-se disponíveis serviços
linguísticos, grátis. Ligue para 1-888-865-5813 (TTY: 711).
Russian
ÂÍÈÌÀÍÈÀ: âñëè âû ãîâîðèòå íà ðóññêîì ÿçûêå, òî âàì äîñòóïíû áåñïëàòíûå
óñëóãè ïåðåâîäà. Çâîíèòå 1-888-865-5813 (TTY: 711).
Spanish
ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de
asistencia lingüística. Llame al 1-888-865-5813 (TTY: 711).
Tagalog
PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga
serbisyo ng tulong sa wika nang walang bayad. Tumawag sa 1-888-865-5813
(TTY: 711).
Vietnamese
CHÚ Ý: N?u b?n nói Ti?ng Vi?t, có các d?ch v? h? tr? ngôn ng? mi?n phí
dành cho b?n. G?i s? 1-888-865-5813 (TTY: 711).


60577109_ACA_1557_MarCom_GA_2017_Tagline

---

Note Type: QRM Initial Review  *Entered By: WATT, TENILLE N.     on 08/05/2020
Summary:    Referral processed for PT
Referral processed for PT

Note Type: Provider Comments   Entered By: DEAN, KENYATTA     on 08/05/2020
Summary:    Provider Comments
Enter specific procedure/service requested and details for this EXTERNAL
REFERRAL: right knee pain after fall, please evaluate and treat to
alleviate pain

Printed by SHEFFIELD, KAREN E [P808244]

**Patient Reported Outcomes (PRO) Report**        **Today's Visit:** 08/11/2020

**CaseID:** 00012021658157

**Patient:** Menefee, Kellie

**BirthDate:** ▮▮▮▮

**Injury Date:** 08/05/2020

**Admit Date:** 08/10/2020

**Responsible Clinician:**

**Current Visit:** 1


**PRO Instrument:**

**LEFS**

**Today's Score:** 13.75

**FLR Gcode Modifier:**
 **80% to less than 100% impaired (CM)**

---

**Risk-Adjusted Predictors (RAPs)**

**Age:** 54

**Gender:** F

**Acuity:** Acute (0-7 days Injury-Admit)

**Financial Services Class:** HMO/PPO

**Surgery Status:** No Surgical Date found ? Verify Non-Surg

**Body Part:** No Dx found ? please complete in TS

**Diagnostic Severity:** No Dx found ? please complete in TS

**Functional Severity at Admit/Initial:** 13.75 (see grid below)

*The above RAPs are what was available when this survey was submitted. Please validate the above are accurate and complete, as PROjections below are based on these variables and values. If changes are to be made, make them in TherapySource, so future PRO's submitted for this patient case will therefore reflect a more accurate PROjection.*

---

| Dates | 08/11/2020 |
|---|---|
| VisitType | admit |
| VisitNumber | 1 |
| GCodeModifier | CM:80%-< 100% impaired |
| PercentScore | 13.75 |
| TotalRaw | 11.00 |
| UsualWork | 0 |
| UsualHobby | 0 |
| Bath | 0 |
| WalkRooms | 1 |
| ShoesSocks | 2 |
| Squatting | 0 |
| Lifting | 2 |
| LightActivity | 0 |
| HeavyActivity | 0 |
| IntoCar | 0 |
| Walking2blocks | 0 |
| WalkingMile | 0 |
| Stairs | 0 |
| Standing1hour | 0 |
| Sitting1hour | 4 |
| RunningEvenGround | 0 |
| RunningUNEvenGround | 0 |
| SharpTurnRunning | 0 |
| Hopping | 0 |
| RollingOver | 2 |

   For questions or problems with the PRO application, please contact: outcomes@selectmedical.com



*Responses in red are at the highest level of disability for this instrument.*
The table above indicates the functional history for this case. TIP: Review not only the total score, but also the individual response items in order to identify areas in need of improvement for focus in the POC and goal setting.

For more information/research about this measurement tool, please visit the Outcomes Research Library here.

Please note this is a **ability** index. As such, scores are expected to <u>increase</u> over the course of treatment.

**The MDC for the LEFS = 11.25% points or 9 RAW points at C.I. of 90%**


**Patient Reported Outcomes (PRO) Report**     **Today's Visit:** 08/11/2020



**CaseID:** 00012021658157

**Patient:** Menefee, Kellie

**PRO Instrument:** LEFS

**Important Note:** Until All RAP variables are complete(see top of page 1), the PROjections indicated on this page are not valid and may shift.

### PROjection: Efficiency and Effectiveness

| | Effectiveness | | | Efficiency |
|---|---|---|---|---|
| | PRO Score | GCode Modifier | MDC's Reached | Visits |
| Admit/Initial | 13.75 | CM:80% -< 100% impaired | 0 | 1 |
| This Visit | 13.75 | CM:80% -< 100% impaired | 0 | 1 |
| PROjection | 53.28 | CK:40% -< 60% impaired | 3 | 14 |

The table above indicates the PROjection values (in green) based on the Risk Adjusted Predictors (RAPs) identified on Page 1. It also indicates the actual values this patient achieved at admit (in white) as well as where they are currently (in blue).

The MDC (Minimal Detectable Change) is the minimum amount of change in a patient's score that ensures the change isn't the result of measurement error. For the the MDC is undefined% points.

*It should be noted that prediction tools based on retrospective data are meant to provide guidance for clinicians and patients, and are not at all intended to supersede a clinician's skilled assessment of the unique aspects of each patient case.*

### PROjection: Trended Function to Date

The chart above indicates the current progression of functional ability/disability levels thru the progression of the patient case, per the scores on the patient reported outcome (PRO). The PROjection of the expected functional level at discharge has been provided per the large green dot on the chart.

PROjections are in Beta testing, based on research conducted in 2015.





**Physio**™

Physiotherapy Associates
966-A Killian Hill Road
Lilburn, GA, USA, 30047
Phone: (770) 923-4815, Fax: (770) 923-0901

| | | | |
|---|---|---|---|
| **Patient:** | Kellie L. Menefee | | |
| **Acct #:** | 032R140913539 | | |
| **DOB:** | ▬▬▬▬ | **Visit Date:** | Aug 11, 2020 |
| **Clinician:** | Robert F. Gonzales, PT, DPT | | |
| **Prim Phy:** | Kenyatta V. Dean DO | | |
| **Phy Phone:** | (404) 364-7000 | **Insured:** | Not Specified |
| **Phy Fax:** | (770) 931-6036 | **Employer:** | None given |
| **Sec Phy:** | Not Specified | **Case Mgr:** | Not Specified |
| **Inj. Date:** | 7/31/2020 | **Visits:** | 1 |
| **Surg. Date:** | Not Specified | **Cxl/Ns:** | 0 |

# Initial Evaluation

**Diagnosis**

Right Knee          M25.561          Pain in right knee

## General Information

Patient has been identified as a fall risk at the time of this evaluation therefore requiring close supervision in clinic.

**History of Injury:**
• Patient presents with R knee pain after suffering a fall at Wal-Mart due to a wet surface on July 31, 2020.  Patient had an x-ray at urgent care, negative for fractures.  patient had swelling and bruising.  patient uses an ice pack and elevation to decrease the swelling.  Patient has difficulty with stair navigation and requires use of rails.  Antalgic gait and limited endurance to standing activities.  no complaints of knee buckling since fall

**Patient / Concerns / Goals:**
• Patient's goal is to get back to being normal

## Subjective Examination

**Right Knee**

**Chief Complaint: Pain: Severity:**
• At Best                                                                                      6/10
• At Worst                                                                                     9/10

**Mechanism of Injury:**
• Primary Episode: Traumatic. Fell.

**Rehabilitation Expectations/Goals:**
• Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
• Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**
• Climbing                                     one step at a time and needs rails
• Driving/Traveling                        increased R knee pain immediately, has been limiting her driving
• Forward Bending                        uses a reacher to gather items from the floor
• Housework- Light                       increased difficulty with laundry
• Transitional Activities                 activity modification when transitioning from a low surface
• Vacuum/Sweeping/Mopping       increased pain with sweeping
• Walking                                      increased pain after first 5 minutes

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.  The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**Functional Comorbidity Index: Body Measurements:**
• Height (in)                                  67 Inches
• Weight (lbs)                                160 Pounds
• Body Mass Index - Calculated     25.1

## Objective Examination

**Right Knee**

**Range of Motion: Knee: Pre-Treatment:**                                                    **Right AROM**
• Extension                                                                                                     1
• Flexion                                                                                                        115

**Muscle Testing: Lower Extremity MMT:**                                              **Right**

---

Document ID:   78800E2D.001
Robert F. Gonzales, PT, DPT,PT(GA Lic: PT013172)          Status: Signed off (secure electronic signature)          Page 1 of 4



**Physio**

Physiotherapy Associates
966-A Killian Hill Road
Lilburn, GA, USA, 30047
Phone: (770) 923-4815, Fax: (770) 923-0901

| | | | | |
|---|---|---|---|---|
| **Patient:** | Kellie L. Menefee | | | |
| **Acct #:** | 032R140913539 | | **Visit Date:** | Aug 11, 2020 |
| **DOB:** | | | | |
| **Clinician:** | Robert F. Gonzales, PT, DPT | | | |
| **Prim Phy:** | Kenyatta V. Dean DO | | | |
| **Phy Phone:** | (404) 364-7000 | | **Insured:** | Not Specified |
| **Phy Fax:** | (770) 931-6036 | | **Employer:** | None given |
| **Sec Phy:** | Not Specified | | **Case Mgr:** | Not Specified |
| **Inj. Date:** | 7/31/2020 | | **Visits:** | 1 |
| **Surg. Date:** | Not Specified | | **Cxl/Ns:** | 0 |

# Plan of Care

## Diagnosis

Right Knee          M25.561          Pain in right knee

## Subjective Examination

### Right Knee

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.

**ADL / Functional Status:**
• Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**

| | |
|---|---|
| • Climbing | one step at a time and needs rails |
| • Driving/Traveling | increased R knee pain immediately, has been limiting her driving |
| • Forward Bending | uses a reacher to gather items from the floor |
| • Housework- Light | increased difficulty with laundry |
| • Transitional Activities | activity modification when transitioning from a low surface |
| • Vacuum/Sweeping/Mopping | increased pain with sweeping |
| • Walking | increased pain after first 5 minutes |

**Chief Complaint: Pain: Severity:**

| | |
|---|---|
| • At Best | 6/10 |
| • At Worst | 9/10 |

**Functional Comorbidity Index: Body Measurements:**

| | |
|---|---|
| • Height (in) | 67 Inches |
| • Weight (lbs) | 160 Pounds |
| • Body Mass Index - Calculated | 25.1 |

**Mechanism of Injury:**
• Primary Episode: Traumatic: Fell.

**Rehabilitation Expectations/Goals:**
• Return to Age Appropriate Activities: Unrestricted/Symptom Free.

## Assessment

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good.  The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.
patient presents with muscle guarding during PROM and patellar joint assessment.  patient with tenderness near quad tendon and with increased muscle tightness at gastroc and soleus.  patient with altered gait mechanics and limited tolerance to ADLs that require standing or walking.  patient with pain during sit to stand transfers and picking up objects from the floor.  patient will benefit from therapy to progress functional mobility closer to baseline with less pain during ADLs

**Recommendations:**
• Decrease Pain.  Improve Balance.  Improve Function.  Improve Motor Control.  Increase Range of Motion.  Increase Strength.

## Problems & Goals

### Right Knee
### Problem #1

| **Range of Motion: Knee: Pre-Treatment.** | **Right AROM** |
|---|---|
| • Extension | 1 |
| • Flexion | 115 |

---

| Patient: | Kellie L. Menefee | | |
|---|---|---|---|
| Acct #: | 032R140913539 | Visit Date: | Aug 11, 2020 |
| DOB: | ▓▓▓▓▓▓ | | |

*LTG Achieve by Sep 22, 2020.*

**Range of Motion Improvements to: Knee:**                                    **Right AROM**
- Extension                                                                                                   0
- Flexion                                                                                                       125

**Problem #2**

**Muscle Testing: Lower Extremity MMT.**                        **Right**
- Hip Abduction:                                                                           –4/5
- Hip Flexion                                                                                  3/5
- Knee Extension                                                                          +3/5
- Knee Flexion                                                                              +3/5

*LTG Achieve by Sep 22, 2020.*

**Musculoskeletal Improvements In: Lower Extremity Strength to:**           **Right**
- Hip Abduction:                                                                          +4/5
- Hip Flexion                                                                                 +4/5
- Knee Extension                                                                          5/5
- Knee Flexion                                                                              5/5

**Problem #3**

**ADL / Functional Status: Current Status: ADL/ IADL: Activities.**
- Climbing — one step at a time and needs rails
- Driving/Traveling — increased R knee pain immediately, has been limiting her driving
- Forward Bending — uses a reacher to gather items from the floor
- Housework- Light — increased difficulty with laundry
- Transitional Activities — activity modification when transitioning from a low surface
- Vacuum/Sweeping/Mopping — increased pain with sweeping
- Walking — increased pain after first 5 minutes

*LTG Achieve by Sep 22, 2020.*

**ADL Improvements In: Activities:**
- Climbing — able to ascend/descend stairs with reciprocal pattern
- Driving/Traveling — will be able to drive for 30 minutes without increase in pain
- Forward Bending — will be able to get item from floor < 5 lbs without increase in pain
- Housework- Light — will be able to get laundry out without increase in pain
- Transitional Activities — will be able to perform sit to stand without use of UEs and no increase in pain
- Walking — will be able to walk for 30 minutes without increase in pain

**Problem #4**

**Chief Complaint: Pain: Severity.**
- At Best — 6/10
- At Worst — 9/10

*LTG Achieve by Sep 22, 2020. at worst*

**Symptomatic Improvements:**
- Decreasing Pain: to 3/10.

**Problem #5**

**Gait/Locomotion: Antalgic gait. decreased stance time on R LE and asymmetrical step length**

*LTG Achieve by Sep 22, 2020.*

**Improve Gait/Weight Bearing:**
- To Normal/Unassisted Levels.

## Plan

### *Right Knee*

The goals and plan were discussed with the patient and/or family and they concur.  The patient and/or family were instructed to call therapist regarding problems or questions.  The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.

---

| Patient: | Kellie L. Menefee | | |
| Acct #: | 032R140913539 | Visit Date: | Aug 11, 2020 |
| DOB: | | | |

**Amount, Frequency and Duration:**

- Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 6 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

**Therapeutic Contents:**

- Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Manual Range of Motion Activities. Manual Therapy Techniques. Joint Protection. Modalities: As Needed. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

Robert F. Gonzales, PT, DPT, PT(GA Lic: PT013172)
Signed on Aug 11, 2020 14:12:05

---

**Please Sign and Return**

I have reviewed the Plan of Care established for skilled therapy services and certify that the services are required and that they will be provided while the patient is under my care.

**Comments/Revisions**

| Kenyatta V. Dean DO | Date | Print Name and Credentials |
| --- | --- | --- |

**Patient: Kellie L. Menefee**

| | DOB: | Nov 08, 1965 |
| --- | --- | --- |
| | Facility Fax: | (770) 923-0901 |

*LTG Achieve by Sep 22, 2020.*

### Improve Gait/Weight Bearing:
• To Normal/Unassisted Levels.

## Plan

### *Right Knee*
**Therapeutic Contents:**
• Active Assistive Range of Motion Activities. Active Range of Motion Activities. Client Education. Gait Training. Group Therapy. Home Exercise Program. Joint Mobilization Techniques. Manual Range of Motion Activities. Manual Therapy Techniques. Joint Protection. Modalities: As Needed. Neural Mobilization Techniques. Neuromuscular Re-education. Passive Range of Motion Activities. Proprioceptive/Closed Kinetic Chain Activities. Self Care/Home Management. Soft Tissue Mobilization Techniques. Stretching/Flexibility Activities. Therapeutic Activities. Therapeutic Exercise.

**Amount, Frequency and Duration:**
• Frequency and Duration: It is recommended that the patient attend rehabilitative therapy for 2 visits a week with an expected duration of 6 weeks. The outlined therapeutic procedures and services in the plan of care will address the problems and goals identified.

The goals and plan were discussed with the patient and/or family and they concur. The patient and/or family were instructed to call therapist regarding problems or questions. The patient was instructed in the independent performance of a home exercise program that addresses the problems and achieving the goals outlined in the plan of care.

Robert F. Gonzales, PT, DPT, PT(GA Lic: PT013172)
Signed on Aug 11, 2020 14:12:05

| Patient: | Kellie L. Menefee | | |
|---|---|---|---|
| Acct #: | 032R140913539 | | |
| DOB: | | Visit Date: | Aug 11, 2020 |

| | |
|---|---|
| • Hip Abduction: | |
| • Hip Flexion | –4/5 |
| • Knee Extension | 3/5 |
| • Knee Flexion | +3/5 |
| **Special Tests: Knee: Musculoskeletal: Ligamentous/Capsular:** | +3/5 |
| • Anterior Drawer | **Right** |
| • Posterior Drawer | Negative |
| • Valgus - 0 deg | Negative |
| • Varus - 0 deg | Negative |
| **Joint Integrity/Mobility: Knee:** | Negative |
| • Inferior Patellar Glide | **Right** |
| • Lateral Patellar Glide | Normal |
| • Medial Patellar Glide | Hypomobile/Painful |
| • Superior Patellar Glide | Hypomobile/Painful |
| **Gait/Locomotion:** | Hypomobile/Painful |
| • Antalgic gait. decreased stance time on R LE and asymmetrical step length | |
| **Palpation: Musculature: Tenderness:** | **Right** |
| • Gastroc Muscle Belly | 1=Complaint of pain |
| • Hamstring Muscle Belly | 0=No tenderness noted |
| • Quadriceps | 1=Complaint of pain |

## Treatments

### *Right Knee*

**Therapy Session Time**
- Therapy Session Start Time
- Therapy Session Stop Time
- Total Therapy Session Time

08/11/2020 01:00 AM
08/11/2020 02:00 AM
60 Minutes

**Pt./Family Education:**
- Patient Education 1

Time Elapsed: 15 Minutes, Description: edu on HEP, handout provided, role of therapy, POC, frequency, symptoms, exercise rationale, Charge As: Self Care / Home Mgt Training, Performed by: Robert F Gonzales, PT, DPT, 15 Minutes.

**Exercise Activities: Aerobic Conditioning:**
- Recumbent Bicycle

Time Elapsed: 5 Minutes, Level: 0, Charge As: Therapeutic Activities, Performed by: Robert F Gonzales, PT, DPT, 5 Minutes.

**Modalities:**
- Moist Hot Pack

Time Elapsed: 8 Minutes, Location: Anterior/Posterior, Clinical Use: Pre Activity, Charge As: No Charge, Performed by: Robert F Gonzales, PT, DPT, 8 Minutes.

**Exercise Activities: Range of Motion:**
- Heel Slides

Time Elapsed: 3 Minutes, Type: Active-Assisted, Additional Detail: with green strap, Charge As: Therapeutic Exercise, Performed by: Robert F Gonzales, PT, DPT, 3 Minutes.

**Exercise Activities: Isotonics:**
- Heel Raises.

Time Elapsed: 3 Minutes, Weight - Pounds: Body Weight Pounds, Charge As: Therapeutic Activities, Performed by: Robert F Gonzales, PT, DPT, 3 Minutes.

- Straight Leg Raises - Flexion

Time Elapsed: 3 Minutes, Position: Supine, Charge As: Therapeutic Activities, Performed by: Robert F Gonzales, PT, DPT, 3 Minutes.

**Exercise Activities: Flexibility:**
- Gastrocnemius Muscle

Time Elapsed: 3 Minutes, Side: R, Technique: Passive, Subtalar Position: neutral, Body Position: Standing, Charge As: Therapeutic Exercise, Performed by: Robert F Gonzales, PT, DPT, 3 Minutes.

## Documented Procedural Code Summary:

| Description | Code | Units | Minutes |
|---|---|---|---|

| | Patient: | Kellie L. Menefee | | |
|---|---|---|---|---|
| | Acct #: | 032R140913539 | Visit Date: | Aug 11, 2020 |
| | DOB: | | | |

| | | | |
|---|---|---|---|
| • Evaluation, Low Complexity | 97161 | 1 | n/a |
| • Self Care/Home Management Training | 97535 | 1 | 15 |
| • Therapeutic Activities | 97530 | 1 | 11 |
| • Therapeutic Procedure | 97110 | 1 | 6 |

## Assessment

**Recommendations:**

• Decrease Pain.  Improve Balance.  Improve Function.  Improve Motor Control.  Increase Range of Motion.  Increase Strength.

The patient requires skilled physical therapy to address the problems identified, and to achieve the individualized patient goals as outlined in the problems and goals section of this evaluation. Overall rehabilitation potential is good.  The patient was educated regarding their diagnosis, prognosis, related pathology & plan of care. The patient demonstrates a good understanding of the risks, benefits, precautions/contraindications, & prognosis of their skilled rehabilitation program.

patient presents with muscle guarding during PROM and patellar joint assessment.  patient with tenderness near quad tendon and with increased muscle tightness at gastroc and soleus.  patient with altered gait mechanics and limited tolerance to ADLs that require standing or walking.  patient with pain during sit to stand transfers and picking up objects from the floor.  patient will benefit from therapy to progress functional mobility closer to baseline with less pain during ADLs

## Problems & Goals

*Right Knee*
*Problem #1*
    **Range of Motion: Knee: Pre-Treatment.**
  *LTG Achieve by Sep 22, 2020.*

| Range of Motion Improvements to: Knee: | Right AROM |
|---|---|
| • Extension | 0 |
| • Flexion | 125 |

*Problem #2*
    **Muscle Testing: Lower Extremity MMT.**
  *LTG Achieve by Sep 22, 2020.*

| Musculoskeletal Improvements In: Lower Extremity Strength to: | Right |
|---|---|
| • Hip Abduction: | +4/5 |
| • Hip Flexion | +4/5 |
| • Knee Extension | 5/5 |
| • Knee Flexion | 5/5 |

*Problem #3*
    **ADL / Functional Status: Current Status: ADL/ IADL: Activities.**
  *LTG Achieve by Sep 22, 2020.*

| ADL Improvements In: Activities: | |
|---|---|
| • Climbing | able to ascend/descend stairs with reciprocal pattern |
| • Driving/Traveling | will be able to drive for 30 minutes without increase in pain |
| • Forward Bending | will be able to get item from floor < 5 lbs without increase in pain |
| • Housework- Light | will be able to get laundry out without increase in pain |
| • Transitional Activities | will be able to perform sit to stand without use of UEs and no increase in pain |
| • Walking | will be able to walk for 30 minutes without increase in pain |

*Problem #4*
    **Chief Complaint: Pain: Severity.**
  *LTG Achieve by Sep 22, 2020. at worst*
    **Symptomatic Improvements:**
      • Decreasing Pain: to 3/10.

*Problem #5*
    **Gait/Locomotion: Antalgic gait. decreased stance time on R LE and asymmetrical step length**

 **Physio**

Physiotherapy Associates
966-A Killian Hill Road
Lilburn, GA, USA, 30047
Phone: (770) 923-4815, Fax: (770) 923-0901

| | | | |
|---|---|---|---|
| **Patient:** | Kellie L. Menefee | | |
| **Acct #:** | 032R140913539 | **Visit Date:** | **Aug 18, 2020** |
| **DOB:** | | | |
| **Clinician:** | Robert F. Gonzales, PT, DPT | | |
| **Prim Phy:** | Kenyatta V. Dean DO | | |
| **Phy Phone:** | (404) 364-7000 | **Insured:** | Not Specified |
| **Phy Fax:** | (770) 931-6036 | **Employer:** | None given |
| **Sec Phy:** | Not Specified | **Case Mgr:** | Not Specified |
| **Inj. Date:** | 7/31/2020 | **Visits:** | 2 |
| **Surg. Date:** | Not Specified | **Cxl/Ns:** | 0 |

# Daily Note

## Diagnosis

| | | |
|---|---|---|
| Right Knee | M25.561 | Pain in right knee |

## General Information

Patient has been identified as a fall risk at the time of this evaluation therefore requiring close supervision in clinic.

**History of Injury:**
- Patient presents with R knee pain after suffering a fall at Wal-Mart due to a wet surface on July 31, 2020.  Patient had an x-ray at urgent care, negative for fractures.  patient had swelling and bruising.  patient uses an ice pack and elevation to decrease the swelling.  Patient has difficulty with stair navigation and requires use of rails.  Antalgic gait and limited endurance to standing activities.  no complaints of knee buckling since fall

**Patient / Concerns / Goals:**
- Patient's goal is to get back to being normal

## Subjective Examination

### Right Knee

**Chief Complaint: Pain: Severity:**
- At Best     6/10
- At Worst    9/10

**Mechanism of Injury:**
- Primary Episode: Traumatic: Fell.

**Rehabilitation Expectations/Goals:**
- Return to Age Appropriate Activities: Unrestricted/Symptom Free.

**ADL / Functional Status:**
- Premorbid Status: ADL/ IADL: Independent Without Difficulty.

**ADL / Functional Status: Current Status: ADL/ IADL: Activities:**

| | |
|---|---|
| • Climbing | one step at a time and needs rails |
| • Driving/Traveling | increased R knee pain immediately, has been limiting her driving |
| • Forward Bending | uses a reacher to gather items from the floor |
| • Housework- Light | increased difficulty with laundry |
| • Transitional Activities | activity modification when transitioning from a low surface |
| • Vacuum/Sweeping/Mopping | increased pain with sweeping |
| • Walking | increased pain after first 5 minutes |

The medical history questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file.  The patient has read and signed the Patient Rights and Consent for Treatment forms, have been reviewed by the evaluating therapist, and are on file.

**Functional Comorbidity Index: Body Measurements:**

| | |
|---|---|
| • Height (in) | 67 Inches |
| • Weight (lbs) | 160 Pounds |
| • Body Mass Index - Calculated | 25.1 |

## Objective Examination

### Right Knee

**Range of Motion: Knee: Pre-Treatment:**     **Right AROM**
- Extension     1
- Flexion     115

**Muscle Testing: Lower Extremity MMT:**     **Right**

---

Document ID:   78800E2D.003
Robert F. Gonzales, PT, DPT,PT(GA Lic: PT013172)

Status: Signed off (secure electronic signature)

| Patient: | Kellie L. Menefee | | |
|---|---|---|---|
| Acct #: | 032R140913539 | Visit Date: | Aug 18, 2020 |
| DOB: | | | |

| | |
|---|---|
| • Hip Abduction: | -4/5 |
| • Hip Flexion | 3/5 |
| • Knee Extension | +3/5 |
| • Knee Flexion | +3/5 |
| **Special Tests: Knee: Musculoskeletal: Ligamentous/Capsular:** | **Right** |
| • Anterior Drawer | Negative |
| • Posterior Drawer | Negative |
| • Valgus - 0 deg | Negative |
| • Varus - 0 deg | Negative |
| **Joint Integrity/Mobility: Knee:** | **Right** |
| • Inferior Patellar Glide | Normal |
| • Lateral Patellar Glide | Hypomobile/Painful |
| • Medial Patellar Glide | Hypomobile/Painful |
| • Superior Patellar Glide | Hypomobile/Painful |
| **Gait/Locomotion:** | |
| • Antalgic gait. decreased stance time on R LE and asymmetrical step length | |
| **Palpation: Musculature: Tenderness:** | **Right** |
| • Gastroc Muscle Belly | 1=Complaint of pain |
| • Hamstring Muscle Belly | 0=No tenderness noted |
| • Quadriceps | 1=Complaint of pain |

## Treatments

*Right Knee*

**Pt./Family Education:**

| | |
|---|---|
| • Patient Education 1 | Time Elapsed: 4 Minutes, Description: review of HEP, Charge As: Self Care / Home Mgt Training, Performed by: Robert F Gonzales, PT, DPT, 4 Minutes. |

**Exercise Activities: Aerobic Conditioning:**

| | |
|---|---|
| • Recumbent Bicycle(8' performance) | Time Elapsed: 1 Minutes, Level: 0, Charge As: Therapeutic Activities, Performed by: Robert F Gonzales, PT, DPT, 1 Minutes. |

**Modalities:**

| | |
|---|---|
| • Cryotherapy | Time Elapsed: 6 Minutes, Location: Anterior/Posterior, Clinical Use: Post Activity, Charge As: No Charge, Performed by: Robert F Gonzales, PT, DPT, 6 Minutes. |
| • Moist Hot Pack(This visit) | Did Not Perform: This visit |

**Exercise Activities: Range of Motion:**

| | |
|---|---|
| • Heel Slides(This visit) | Did Not Perform: This visit |

**Exercise Activities: Isotonics:**

| | |
|---|---|
| • Heel Raises.(3' performance) | Time Elapsed: 1 Minutes, Weight - Pounds: Body Weight Pounds, Charge As: Therapeutic Activities, Performed by: Robert F Gonzales, PT, DPT, 1 Minutes. |
| • Straight Leg Raises - Flexion | Time Elapsed: 4 Minutes, Weight - Pounds: 1 Pounds, Position: Supine, Group Therapy, Charge As: Group Therapy, Performed by: Robert F Gonzales, PT, DPT, 4 Minutes. |
| • Straight Leg Raises-Abduction(4' performance) | Time Elapsed: 1 Minutes, Weight - Pounds: 1 Pounds, Position: Sidelying, Charge As: Therapeutic Exercise, Performed by: Robert F Gonzales, PT, DPT, 1 Minutes. |

**Exercise Activities: Flexibility:**

| | |
|---|---|
| • Gastrocnemius Muscle(4' performance) | Time Elapsed: 1 Minutes, Side: R, Technique: Passive, Subtalar Position: neutral, Body Position: Standing, Charge As: Therapeutic Exercise, Performed by: Robert F Gonzales, PT, DPT, 1 Minutes. |
| • Hamstring Muscle(4' performance) | Time Elapsed: 1 Minutes, Technique: Active, Body Position: Supine, Hold.: 10 Seconds, Charge As: Therapeutic Exercise, Performed by: Robert F Gonzales, PT, DPT, 1 Minutes. |

**Therapy Session Time**