| Date | | | | Ty |
|---|---|---|---|---|

| Date | | | | Ty |
|---|---|---|---|---|
| 6/17/2021 | E-mail | | Received: Menefee Physiotherapy Request | |

From: Julia Barbani To: jscain@selectmedical.com (jscain@selectmedical.com)
Sent: Thursday, June 17th, 2021 at 8:52 AM
Subject: Received: Menefee Physiotherapy Request

| 6/17/2021 | E-mail | | Received: Fwd: Menefee Physiotherapy Request | |
|---|---|---|---|---|

From: Julia Barbani To: Avery Bartlett
Sent: Thursday, June 17th, 2021 at 12:29 PM
Subject: Received: Fwd: Menefee Physiotherapy Request

| 6/17/2021 | Note | Outgoing Call | Medical Provider Communication | |
|---|---|---|---|---|

Hi Jeff,
My assistant, Avery Bartlett, gave me your contact information. Ms. Kellie Menefee has requested that we ask Physio to please send us the balance amount owed on her account. She cannot afford to pay the balance now, and we will agree to pay off her account when her injury case settles.
Thank you for your help.
Julia

Good afternoon!

To receive the information you seek, you will need to contact billing at 888-823-8940. Please, have the name and date of birth of Ms. Menefee ready for the call.

Call to billing office at 888-823-8940 re- above. Spoke w/ Ted. Told him that client wants Physio to stop sending her billing statements and have the balance owed on her acct paid from our office out of her settlements and that the atty reached out to rep there and was told that balance $275.00. 19:38 min.
Name: Kellie Menefee
DOB: ▇▇▇▇▇

| 6/17/2021 | E-mail | | Received: RE: Menefee Physiotherapy Request | |
|---|---|---|---|---|

From: Avery Bartlett To: Julia Barbani
Sent: Thursday, June 17th, 2021 at 4:48 PM
Subject: Received: RE: Menefee Physiotherapy Request

| 6/23/2021 | E-mail | | Received: Physiotherapy Account #140913539 | |
|---|---|---|---|---|

From: Hendershot, Nichole K. (NKHendershot@selectmedical.com) To: Avery

## History for Kellie Menefee

Bartlett
Sent: Wednesday, June 23rd, 2021 at 5:28 PM
Subject: Received: Physiotherapy Account #140913539
Patient non-statement Menefee,Kellie L.docx

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | Note | Texted Client Back |

Kaiser bill still pending
Will demand at least 6x meds when ready to send
Physio req pending to transfer balance to a lien

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | E-mail | Received: RE: Kellie Menefee |

From: Julia Barbani To: Frances Boswell
Sent: Thursday, June 24th, 2021 at 1:55 PM
Subject: Received: RE: Kellie Menefee

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | Note | Texts from Client |

Accused me of lying about requesting records and complained about my services
Also called in and complained to Frances and asked to speak to SGM

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | Note | Advised KTL of Issue |

Responded and advised client bills were properly requested (and that is why I got records) and will ask she be reassigned

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | Note | NOTE |

Agreed case should be reassigned and requested transfer to Cierra

| Date | Type | Description |
|---|---|---|
| 6/24/2021 | E-mail | Sent: Kellie Menefee - Directives |

JB advised case reassigned to Cierra

From: Cierra Geter To: Rebecca Mason Valdez
Sent: Thursday, June 24th, 2021 at 2:34 PM
Subject: Sent: Kellie Menefee - Directives

| Date | Type | Subject/Description |
|---|---|---|
| 6/24/2021 | E-mail | Received: RE: Kellie Menefee - Directives |
| | | From: Ryan Brusie To: Cierra Geter<br>Sent: Thursday, June 24th, 2021 at 2:36 PM<br>Subject: Received: RE: Kellie Menefee - Directives |
| 6/24/2021 | E-mail | Sent: Request for records and bills |
| | | From: 1 / Brusie To: roi@bmrp.com<br>Sent: Thursday, June 24th, 2021 at 2:38 PM<br>Subject: Sent: Request for records and bills |
| | | Kellie Menefee Benchmark Request copy 4.pdf |
| 6/24/2021 | E-mail | Sent: request over 60 days old |
| | | From: 1 / Brusie To: Ayanna R Clark<br>Sent: Thursday, June 24th, 2021 at 2:40 PM<br>Subject: Sent: request over 60 days old |
| 6/24/2021 | Note | Unsuccessful Attempt to Contact Client-VM |
| 6/24/2021 | Document | NEW CASE MANAGER |
| 6/25/2021 | Note | Unsuccessful Attempt to Contact Client-VM |
| 6/28/2021 | Note | Unsuccessful Attempt to Contact Client-VM |
| 6/29/2021 | Note | Unsuccessful Attempt to Contact Client-not able to leave vm |
| 7/1/2021 | Note | Unsuccessful Attempt to Contact Client-MB FULL |
| 7/7/2021 | Note | Unsuccessful Attempt to Contact Client- VM FULL |
| 7/8/2021 | E-mail | Sent: REQUEST OVER 70 DAYS OLD!!! |
| | | From: 1 / Brusie To: Alisa.t.wright@kp.org<br>Sent: Thursday, July 8th, 2021 at 10:28 AM<br>Subject: Sent: REQUEST OVER 70 DAYS OLD!!! |
| 7/14/2021 | Note | gathering all recs and bills for demand |
| 7/14/2021 | Attachment | PREPARED DEMAND |
| 7/14/2021 | E-mail | Sent: Kellie Menefee |

## History for Kellie Menefee

| Date | Type | Subject / Notes |
|---|---|---|
| | | From: 1 / Brusie To: Rebecca Mason Valdez<br>Sent: Wednesday, July 14th, 2021 at 9:49 AM<br>Subject: Sent: Kellie Menefee |
| 7/15/2021 | Document | Demand Slip and Fall |
| | | 7021-0350-0000-2027-8025 |
| | | kellie meneffee p demand.pdf |
| 7/15/2021 | Note | Outgoing Call   Insurance Company Communication - CMI |
| | | Called CMI to get adjuster information, agent transfered my call and I left vm. |
| 7/16/2021 | E-mail | Received: FW: New Voice Message from Rebecca Valdez 6095 on 07/15/2021 10:49 AM |
| | | From: Janice Francis To: Avery Bartlett<br>Sent: Friday, July 16th, 2021 at 9:29 AM<br>Subject: Received: FW: New Voice Message from Rebecca Valdez 6095 on 07/15/2021 10:49 AM |
| | | 6095-0715-104906.mp3 |
| 7/16/2021 | Note | Client Communication |
| | | Listened to VM that client left for JB - client is profusely apologizing for her behavior, says was very upset, she is happy with JB's representation, would certainly recommend her to anyone. |
| 7/21/2021 | Note | CMI |
| | | Called CMI to ge adjuster information. Adjuster for claim is Mindy Walker. Phone # (800) 527-0566 x 57780 |
| 7/23/2021 | Note | T/C w/Client |
| | | Client requested that her demand be mailed asap |
| | | Client advised she fell again and needs the funds |
| | | Advised c demand was in review with the attorney and as soon as she signs off on it I will let her |

## History for Kellie Menefee

| Date | Type | Description | |
|---|---|---|---|
| | | know | |
| | | C requested that it be expedited. Advised c I wasn't certain what is on the attorney's calendar but I would put in the request. | |
| 7/23/2021 | E-mail | Received: FW: Kellie Menefee | Ty |
| | | From: Rebecca Mason Valdez To: Cierra Geter<br>Sent: Friday, July 23rd, 2021 at 10:35 AM<br>Subject: Received: FW: Kellie Menefee | |
| | | 3549194213.doc.dot | |
| 7/25/2021 | E-mail | Received: RE: Kellie Menefee | Ty |
| | | From: Cierra Geter To: Rebecca Mason Valdez<br>Sent: Sunday, July 25th, 2021 at 8:52 PM<br>Subject: Received: RE: Kellie Menefee | |
| | | Kellie M.doc | |
| 8/2/2021 | Note | DEMAND OUT-VM | |
| 8/9/2021 | Note | Demand Out Call | |
| | | C called back and I went over the demand with her. | |
| | | She wants us to rescind demand and rescind demand for $100K | |
| 8/9/2021 | Document | blank Letter to Adjuster | |
| | | 7020-1810-0001-8899-8907 | |
| 8/10/2021 | Note | maailed cert blank letter to adjuster | |
| 8/10/2021 | E-mail | Received: New Voice Message from Reception - KELLIE FMENEFEE | on 0 |
| | | From: RingCentral (notify@ringcentral.com) To: Rebecca Mason Valdez<br>Sent: Tuesday, August 10th, 2021 at 10:09 AM<br>Subject: Received: New Voice Message from Reception - KELLIE FMENEFEE on 08/10/2021 10:09 AM | |

8/25/2021

Page 38

| Date | | | Ty |
|---|---|---|---|
| Date | | | Ty |
| 8/10/2021 | Note | T/C w/Client | |
| | | C changed her mind and wants to keep the demand at $50K. She wanted a bd from the $50K and I gave it to her and advised her that the demand amount doesn't necessarily mean that is what the insurance company will offer. | |
| 8/10/2021 | E-mail | Received: FW: 9277328/Kellie Menefee | |
| | | From: Rebecca Mason Valdez To: Mindy Walker-Lampkin<br>Sent: Tuesday, August 10th, 2021 at 11:41 AM<br>Subject: Received: FW: 9277328/Kellie Menefee | |
| 6419918287.doc.dot | | | Ty |
| 8/11/2021 | E-mail | Received: RE: 9277328/Kellie Menefee | |
| | | From: Mindy Walker-Lampkin (Mindy.Walker@walmart.com) To: Rebecca Mason Valdez<br>Sent: Wednesday, August 11th, 2021 at 8:59 AM<br>Subject: Received: RE: 9277328/Kellie Menefee | |
| 8/11/2021 | E-mail | Received: RE: 9277328/Kellie Menefee | |
| | | From: Mindy Walker-Lampkin (Mindy.Walker@walmart.com) To: Rebecca Mason Valdez<br>Sent: Wednesday, August 11th, 2021 at 9:08 AM<br>Subject: Received: RE: 9277328/Kellie Menefee | |
| 8/11/2021 | E-mail | Received: RE: 9277328/Kellie Menefee | |
| | | From: Rebecca Mason Valdez To: Mindy Walker-Lampkin<br>Sent: Wednesday, August 11th, 2021 at 9:13 AM<br>Subject: Received: RE: 9277328/Kellie Menefee | |
| 8/11/2021 | E-mail | Received: DENIAL | |
| | | From: Mindy Walker-Lampkin (Mindy.Walker@walmart.com) To: Rebecca Mason Valdez<br>Sent: Wednesday, August 11th, 2021 at 9:58 AM<br>Subject: Received: DENIAL | |
| clm9277328_con16652559_1613508731221.rtf | | | Ty |
| 8/11/2021 | E-mail | Sent: Kellie Menefee | |
| | | From: 1 / Brusie To: Rebecca Mason Valdez<br>Sent: Wednesday, August 11th, 2021 at 10:29 | |

## History for Kellie Menefee

| Date | Type | Subject |
|---|---|---|
| | | AM<br>Subject: Sent: Kellie Menefee |
| 8/11/2021 | E-mail | Received: FW: Kellie Menefee |
| | | From: Rebecca Mason Valdez To: Ryan Brusie<br>Sent: Wednesday, August 11th, 2021 at 11:43 AM<br>Subject: Received: FW: Kellie Menefee |
| | | Kellie M copy 2.doc |
| 8/12/2021 | E-mail | Sent: RE: Kellie Menefee |
| | | From: 1 / Brusie To: Rebecca Mason Valdez<br>Sent: Thursday, August 12th, 2021 at 8:14 AM<br>Subject: Sent: RE: Kellie Menefee |
| 8/19/2021 | Note | scanned and mailed demand |
| 8/23/2021 | E-mail | Received: New Voice Message from Social Media - ▇▇ on 08▇ |
| | | From: RingCentral (notify@ringcentral.com) To: Rebecca Mason Valdez<br>Sent: Monday, August 23rd, 2021 at 10:40 PM<br>Subject: Received: New Voice Message from Social Media - ▇▇ on 08/23/2021 10:40 PM |
| | | ▇0823-224027.mp3 |
| 8/24/2021 | Note | Text with C |
| | | Rebecca Valdez<br>(770) 741-0580<br>8:26 AM |
| | | Good Morning, this is Rebecca with Monge and Associates. I got a voice message from you. I am a bit confused as there is no check to be signed or picked up??? Please call me @ 770-741-0580. |
| 8/24/2021 | Note | Unsuccessful Attempt to Contact Client-VM |

| Date | Type | Subject |
|---|---|---|
| 8/24/2021 | Note | Unsuccessful Attempt to Contact Client-VM |
| 8/24/2021 | E-mail | Received: Re: Kellie Menefee Premise |
| | | From: Brenda Johnson To: Rebecca Mason Valdez<br>Sent: Tuesday, August 24th, 2021 at 2:43 PM<br>Subject: Received: Re: Kellie Menefee Premise |
| 8/24/2021 | E-mail | Received: RE: Kellie Menefee Premise |
| | | From: Rebecca Mason Valdez To: Brenda Johnson<br>Sent: Tuesday, August 24th, 2021 at 2:52 PM<br>Subject: Received: RE: Kellie Menefee Premise |
| 8/25/2021 | E-mail | Received: firm approval to DGAGE |
| | | From: Janice Francis To: Rebecca Mason Valdez<br>Sent: Wednesday, August 25th, 2021 at 9:13 AM<br>Subject: Received: firm approval to DGAGE |
| 1/1/4501 | E-mail | Received: Treatment |
| | | From: To:<br>Sent: Saturday, January 1st, 4501 at 12:00 AM<br>Subject: Received: Treatment |
| Lost Wage Form.pdf | | |
| 1/1/4501 | E-mail | Received: Treatment |
| | | From: To:<br>Sent: Saturday, January 1st, 4501 at 12:00 AM<br>Subject: Received: Treatment |
| Lost Wage Form copy 2.pdf | | |
| 1/1/4501 | E-mail | Received: Kellie Menefee |
| | | From: To: Transfers<br>Sent: Saturday, January 1st, 4501 at 12:00 AM<br>Subject: Received: Kellie Menefee |
| kelliemenefee.pdf | | |

# MONGE & ASSOCIATES

Personal Injury & Wrongful Death Lawyers
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(800) 899-5750 telephone
(678) 579-0204 facsimile
www.BecauseYouWantToWin.com

Julia Barbani
Alexander Brown ■ ♦
Ashley Crawley ▲ +
Kristina Ducos
Joseph Fleishman
Jason Green
Scott Harrison ♦ *

Clark R. Karell Jr.
Kenneth Letsch ♦
Scott Monge
Amir Nowroozzadeh ▲
Joseph Perrotta
Charles Rauton
Alex Zubrowski

■ Also Admitted in AL
♦ Also Admitted in FL
▲ Also Admitted in SC
+ Also Admitted in NC
* Also Admitted in TN

July 15, 2021

CERTIFIED MAIL RECEIPT
CMI
Claims Department
PO Box 14731
Lexington, KY 40512

Re:   Your Insured: Walmart
      Claim No.: 9277328
      Our Client: Kellie Menefee
      Date of Loss: 7/31/2020

## SETTLEMENT DEMAND

Dear Claims,

Please accept this correspondence as our client's demand for settlement and compromise of this claim for damages arising from the referenced incident. While the following information should assist you in evaluating this claim and includes medical records, medical bills, and documentation showing the losses sustained by our client, this letter and the enclosed materials are submitted for the purpose of negotiation only. For this reason, nothing contained herein shall constitute an admission by our client, not be admissible against our client at any hearing or trial.

*Liability:*

On July 31, 2020, Kellie Menefee went to shop at the Walmart located at 4004 Lawrenceville Highway NW, Lilburn, GA 30047. Kellie was walking down an aisle when she slipped and fell in liquid on the floor. Your insured was the at fault party in failing to exercise ordinary care in inspecting and keeping its premises in a safe condition. Following her fall, our client immediately contacted the manager on duty and completed an incident report

Under Georgia law, an owner or occupier of land is liable for damages to an invitee for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. (O.C.G.A § 51-3-1). Here, your insured was under a statutory duty to keep the areas open to its customers in a safe condition. In addition, an owner/occupier must exercise the diligence toward making the premises safe that a good businessperson is accustomed to use in such matters. This includes inspecting the premises to discover possible dangerous conditions of which the owner/occupier does not have actual knowledge, and taking reasonable precautions to protect invitees from dangers, foreseeable from the arrangement or use of the premises. See Jackson v. Waffle House, Inc. 245 Ga. App. 371, 537 S.E. 2d 188 (2000). Moreover, an owner/occupier is on constructive notice of what a reasonable inspection would reveal. Id.

Furthermore, the Georgia Supreme Court has noted that constructive knowledge of a defect, i.e, that the defendant ought to have known of the defect in the exercise of ordinary care, is sufficient to charge the defendant with liability for injuries caused by the defect. See Keaton v. A.B.C. Drug Company, 266 Ga. 385, 467 S.E. 2d 558 (1996). Here your insured was under a statutory duty to keep its store in a safe condition. A reasonable inspection would have revealed the accumulation of water. Your insured's agents and employees failed to adequately inspect the premises, thereby failing to uphold its duty under O.C.G.A. § 51-3-1). Consequently, our client slipped in a liquid substance, sustaining serious injuries.

In short, our client was completely without fault in this matter. Ms. Menefee was an invitee on your insured's premises, and as such, was entitled to expect that your insured had exercised ordinary care to make its premises safe. Unfortunately, this was not the case and our client has ample evidence to survive any motions for summary judgment which may be filed should this matter proceed to litigation.

*Nature of Personal Injuries:*

Not surprisingly, our client received immediate medical treatment sue to her fall related injuries. Our client, Kellie presented herself to Kaiser Permanente where she received a physical examination and was released with a follow up referral. Not long thereafter, Kellie received follow up care from Physiotherapy Associates. Below is a highlight of the personal injuries sustained by our client, to wit: **Right Knee Pain.**

As a result of the trauma induced injuries sustained by our client, she required medical attention, x-rays, and she took over the counter medicine to assist with her pain. Additionally, Kellie required physical therapy and bedrest. Know that our client was unable to perform **household chores such as cleaning, folding laundry, and washing dishes; stand for long periods of time; drive her car; and participate in social activities with family and friends** without increased pain and discomfort. Our client's prognosis is guarded. Our client to this date continues to suffer from ongoing pain and suffering as a result of this clear liability collision. (*See* **Exhibit "2," Medical Records and Related Expenses.**)

Special Damages:

2 | Page

The special damages which our client incurred as a result of this clear liability collision would include, but are not limited to, the following:

| | | |
|---|---|---|
| 1. Physiotherapy Associates | $ | 7,458.00 |
| **TOTAL SPECIAL DAMAGES TO DATE** | **$** | **7,458.00** |

***Settlement Demand***

On the basis of medical and lost wage damages incurred by our client, as well as the extreme pain and suffering which our client has been forced to endure, all of which were caused by the clear negligence of your insured we are demanding a tender of $50,000.00, in consideration of our client. A reasonable jury, in our opinion would have little difficulty in awarding the amount requested, if not a far greater award. The amount cited in this settlement demand assumes that a copy of your insured's applicable declaration page has been produced to our office and there is no applicable excess, umbrella, or uninsured motorist coverage.

This is a time limited demand, and, at 4:30 pm.  30 days from the date of this correspondence, it will be withdrawn and rescinded. The only payees listed on the settlement check should be our single client and Monge & Associates, P.C. tax ID number 58-2286270. This correspondence is written in the spirit of compromise and settlement.  All of the enclosed materials shall remain the property of our client and shall be returned upon request.

With best regards, I remain,

Very Truly Yours,

Cierra Geter
Attorney

cg/m

Enclosures

3 | P a g e

4 | Page

Exhibit One

Medical Records and Bills

Kaiser Georgia

# Transaction Totals by Date Report

**Report Settings**
**Account:** MENEFEE, SHAWN [351287]
**Patient:** MENEFEE, KELLIE L [0947578]

**Submission Information**
**User:** [ I418364 ]
**Time:** Tue Jul 13, 2021 5:12 PM

### Transaction Information

**Charges**

| Tx # Procedure | Service Provider | Service Date From | Service Date To | Date | Amount | Total Amount |
|---|---|---|---|---|---|---|
| | | 07/31/2020 | 07/13/2021 | | | 4,387.00 |
| 1319 99213-OFFICE/OUTPATIENT ESTABLISHED LOW M... | Md Sharita R Avery [50707] | | | 07/31/2020 | 162.00 | |
| 1320 A4467-BELT STRAP SLEEVE GARMENT OR COVER/... | Pa-C Joseph C Reynolds... | | | 08/03/2020 | 12.00 | |
| 1321 99212-OFFICE/OUTPATIENT ESTABLISHED SF MD... | Pa-C Joseph C Reynolds... | | | 08/03/2020 | 98.00 | |
| 1322 73560-RADIOLOGIC EXAMINATION KNEE 1/2 VIEWS | Md John D Hamilton, M.D... | | | 08/03/2020 | 86.00 | |
| 1328 99442-PHYS/QHP TELEPHONE EVALUATION 11-20... | Do Kenyatta Dean V, D.O... | | | 08/05/2020 | 82.00 | |
| 1350 46221-HEMORRHOIDECTOMY INTERNAL RUBBER... | Md Mba Jeffrey R Root... | | | 08/24/2020 | 770.00 | |
| 1399 99443-PHYS/QHP TELEPHONE EVALUATION 21-30... | Md Rick E Stallings, M.D... | | | 11/23/2020 | 121.00 | |
| 1403 87635-IADNA SARS-COV-2 COVID-19 AMPLIFIED PR... | Dekalb Lab [9960010] | | | 01/04/2021 | 199.00 | |
| 1404 99442-PHYS/QHP TELEPHONE EVALUATION 11-20... | Md Shrinesh Patel V, M.D... | | | 01/06/2021 | 98.00 | |

Page 1 of 3

Transaction Totals by Date Report

| | | | | |
|---|---|---|---|---|
| 1411 99442-PHYS/QHP TELEPHONE EVALUATION 11-20... | Md David B Greenstein... | 01/14/2021 | 98.00 |
| 1415 99442-PHYS/QHP TELEPHONE EVALUATION 11-20... | Md Rick E Stallings, M.D.... | 02/01/2021 | 98.00 |
| 1419 99441-PHYS/QHP TELEPHONE EVALUATION 5-10 MIN | Md Jayashree Venkatesh... | 02/11/2021 | 60.00 |
| 1432 99204-OFFICE/OUTPATIENT NEW MODERATE MDM... | Md Shawnay N Mazell [5... | 04/09/2021 | 355.00 |
| 1433 84443-ASSAY OF THYROID STIMULATING HORMO... | Dekalb Lab [9960010] | 04/09/2021 | 70.00 |
| 1434 80053-COMPREHENSIVE METABOLIC PANEL | Dekalb Lab [9960010] | 04/09/2021 | 44.00 |
| 1435 82607-CYANOCOBALAMIN VITAMIN B-12 | Dekalb Lab [9960010] | 04/09/2021 | 63.00 |
| 1436 82306-25 HYDROXY INCLUDES FRACTIONS IF PER... | Dekalb Lab [9960010] | 04/09/2021 | 123.00 |
| 1437 99443-PHYS/QHP TELEPHONE EVALUATION 21-30... | Md Rick E Stallings, M.D.... | 04/06/2021 | 143.00 |
| 1454 70551-MRI BRAIN BRAIN STEM W/O CONTRAST MA... | Md Siddhartha S Thanaw... | 04/18/2021 | 1,404.00 |
| 1457 99441-PHYS/QHP TELEPHONE EVALUATION 5-10 MIN | Md Julia Y Campbell, M.D.... | 02/24/2021 | 60.00 |
| 1467 99442-PHYS/QHP TELEPHONE EVALUATION 11-20... | Do Kenyatta Dean V, D.O.... | 06/01/2021 | 98.00 |
| 1484 99443-PHYS/QHP TELEPHONE EVALUATION 21-30... | Md Rick E Stallings, M.D.... | 06/21/2021 | 143.00 |